**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| LEXINGTON FURNITURE INDUSTRIES, INC. d/b/a LEXINGTON HOME BRANDS, ) ) ) | Docket No. 1-19-cv-6239 (PKC) |
| *Plaintiff*, ) ) | |
| v. ) | **NOTICE OF APPEAL** |
| THE LEXINGTON COMPANY, AB d/b/a THE LEXINGTON CLOTHING COMPANY, ) ) ) | |
| *Defendant*. ) ) | |

Notice is hereby given that, pursuant to 28 U.S.C. § 1291, The Lexington Company, AB

d/b/a The Lexington Clothing Company, (Defendant) in the above-named case, hereby appeals to

the United States Court of Appeals for the Second Circuit from all aspects of the final Judgment

entered on June 2, 2022 (Doc. No. 213) (annexed as Exhibit A) and related rulings and orders,

including, but not limited to the United States District Court for the Southern District of New York

from the Opinion and Order entered in this action on October 24, 2022, denying Defendant's

motions pursuant to Rules 50(a) and 59(e) of the Federal Rules of Civil Procedure and granting

Plaintiff's motion for a permanent injunction the 24th day of October, 2022 (Doc. No. 258).

Dated: November 22, 2022          Respectfully submitted,

                                  **BLANK ROME LLP**

                                  */s/ Timothy D. Pecsenye*
                                  Timothy D. Pecsenye
                                  Blank Rome LLP
                                  One Logan Square
                                  130 North 18th Street
                                  Philadelphia, PA 19103
                                  Phone: (215) 569-5500
                                  Email: Pecsenye@BlankRome.com

                                  *Attorney for The Lexington Company AB d/b/a The*
                                  *Lexington Clothing Company*

## CERTIFICATE OF SERVICE

I hereby certify that on November 22, 2022, the foregoing was electronically filed through the

Court's CM/ECF system and thereby served on the following recipients:

**Michael Lawrence Simes**
McGuireWoods LLP
1251 Avenue of the Americas
20th Floor
New York, NY 10020
212-548-7013
Fax: 212-715-6260
Email: msimes@mcguirewoods.com

**Lucy Jewett Wheatley**
McGuire Woods LLP
800 East Canal Street, Gateway Plaza
Richmond, VA 23219
Tel: (804) 775-1000
lwheatley@mcguirewoods.com

**Amanda L. DeFord**
McGuire Woods LLP
800 East Canal Street, Gateway Plaza
Richmond, VA 23219
Tel: (804) 775-1000
adeford@mcguirewoods.com

**Matthew W. Cornelia**
McGuire Woods LLP
2000 McKinney Avenue, Suite 1400
Dallas, TX 75201
Tel: (214) 932-6400
mcornelia@mcguirewoods.com

*Counsel for Plaintiff Lexington Furniture Industries,*
*Inc. d/b/a Lexington Home Brands*

By: _/s/ Timothy D. Pecsenye_
Timothy D. Pecsenye

# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
LEXINGTON FURNITURE INDUSTRIES, INC.
d/b/a LEXINGTON HOME BRANDS,

                        Plaintiff,

-against-

THE LEXINGTON COMPANY, AB d/b/a THE
LEXINGTON CLOTHING COMPANY,
                        Defendant.
-------------------------------------------------------------X

19 **CIVIL** 6239 (PKC)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:**  That after a Jury

Trial before the Honorable P. Kevin Castel, United States District Judge, Plaintiff Lexington

Furniture Industries, Inc. d/b/a Lexington Home Brands has judgment in the amount of $1.00

for nominal damages, $1,641,963 for damages and $925,000 for punitive damages for a total

damage award of $2,566,964 as against the Defendant The Lexington Company, AB d/b/a

The Lexington Clothing Company.

**DATED:**  New York, New York
         June 2, 2022

                                        **RUBY J. KRAJICK**

**So Ordered:**
                                        **Clerk of Court**

                              **BY:**        K. mango

_____
**U.S.D.J.**
                                          **Deputy Clerk**

CLOSED,APPEAL,CASREF,ECF

# U.S. District Court
## Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:19–cv–06239–PKC

| | |
|---|---|
| Lexington Furniture Industries, Inc. v. The Lexington Company, AB | Date Filed: 07/03/2019 |
| Assigned to: Judge P. Kevin Castel | Date Terminated: 06/02/2022 |
| Referred to: Magistrate Judge Ona T. Wang (Settlement) | Jury Demand: Both |
| Cause: 15:1114 Trademark Infringement (Lanham Act) | Nature of Suit: 840 Trademark |
| | Jurisdiction: Federal Question |

**Plaintiff**

| | | |
|---|---|---|
| **Lexington Furniture Industries, Inc.**<br>*doing business as*<br>Lexington Home Brands | represented by | **Brad Richard Newberg**<br>McGuireWoods LLP<br>1750 Tysons Blvd., Ste. 1800<br>Tysons Corner, VA 22102<br>703–712–5061<br>Email: bnewberg@mcguirewoods.com<br>*TERMINATED: 08/05/2021*<br>*LEAD ATTORNEY* |
| | | **Michael Lawrence Simes**<br>McGuireWoods LLP (NYC)<br>1251 Avenue of the Americas<br>20th Floor<br>New York, NY 10020<br>212–548–7013<br>Fax: 212–715–6260<br>Email: msimes@mcguirewoods.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Amanda L. Deford**<br>McGuireWoods LLP (Richmond)<br>Gate way Plaza<br>800 East Canal Street<br>Richmond, VA 23219<br>804–775–7877<br>Email: adeford@mcguirewoods.com<br>*ATTORNEY TO BE NOTICED* |
| | | **Lucy Jewett Wheatley**<br>McGuireWoods LLP<br>Gateway Plaza<br>800 East Canal Street<br>Richmond, VA 23219–3916<br>804–775–4320<br>Email: lwheatley@mcguirewoods.com<br>*ATTORNEY TO BE NOTICED* |
| | | **Matthew William Cornelia**<br>McGuireWoods LLP<br>2000 McKinney Avenue<br>Suite 1400<br>Dallas, TX 75201<br>214–932–4313<br>Email: mcornelia@mcguirewoods.com<br>*ATTORNEY TO BE NOTICED* |

V.

**Defendant**

**The Lexington Company, AB**
*TERMINATED: 06/01/2022*
*doing business as*
The Lexington Clothing Company
*TERMINATED: 06/01/2022*

represented by **Craig Matthew Flanders**
Blank Rome, LLP
1271 Avenue of Americas
New York, NY 10020
212–885–5000
Fax: 212-885-5001
Email: cflanders@blankrome.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy D. Pecsenye**
Blank Rome, LLP (PA)
One Logan Square
130 North 18th Street
Philadelphia, PA 19103
(215)–569–5619
Fax: 215)–832–5619
Email: pecsenye@blankrome.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Blake Dalton Fink**
Blank Rome, LLP (PA)
One Logan Square
130 North 18th Street
Philadelphia, PA 19103
215–569–5463
Email: bfink@blankrome.com
*ATTORNEY TO BE NOTICED*

**Jillian Taylor**
Blank Rome LLP
130 N. 18th Street
One Logan Square
Philadelphia, PA 19103
215–569–5576
Email: jmtaylor@blankrome.com
*ATTORNEY TO BE NOTICED*

**Samar Aryani–Sabet**
Blank Rome LLP
130 N. 18th Street
One Logan Square
Philadelphia, PA 19103
215–569–5439
Email: saryani–sabet@blankrome.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**The Lexington Company, AB d/b/a The
Lexington Clothing Company**

**Counter Claimant**

**The Lexington Company, AB**
*TERMINATED: 06/01/2022*

represented by **Craig Matthew Flanders**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

represented by

**Lexington Furniture Industries, Inc.**
*TERMINATED: 06/01/2022*

**Brad Richard Newberg**
(See above for address)
*TERMINATED: 08/05/2021*
*LEAD ATTORNEY*

**Lucy Jewett Wheatley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew William Cornelia**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**The Lexington Company, AB**          represented by **Craig Matthew Flanders**
*TERMINATED: 06/01/2022*                                  (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**Lexington Furniture Industries, Inc.**   represented by **Brad Richard Newberg**
*TERMINATED: 06/01/2022*                                  (See above for address)
                                                          *TERMINATED: 08/05/2021*
                                                          *LEAD ATTORNEY*

**Lucy Jewett Wheatley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew William Cornelia**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/08/2019 | | ***NOTICE TO ATTORNEY TO FILE CIVIL INITIAL PLEADING. Notice to Attorney Brad Richard Newberg to electronically file the initial pleading in this case. Failure to file the initial pleading may result in the dismissal of the case pursuant to Amended Standing Order 15–mc–00131. Initial Pleading due by 7/15/2019. (pc)** (Entered: 07/08/2019) |
| 07/08/2019 | | ***NOTICE TO ATTORNEY TO ELECTRONICALLY FILE CIVIL COVER SHEET. Notice to Attorney Brad Richard Newberg. Attorney must electronically file the Civil Cover Sheet. Use the event type Civil Cover Sheet found under the event list Other Documents. (pc)** (Entered: 07/08/2019) |
| 07/08/2019 | 1 | COMPLAINT against Lexington Furniture Industries, Inc. d/b/a Lexington Home Brands. Document filed by Lexington Furniture Industries, Inc. d/b/a Lexington Home Brands. (Attachments: # 1 Exhibit 1 – TM Registration, # 2 Exhibit 2 – TM Registration, # 3 Exhibit 3 – TM Registration, # 4 Exhibit 4 – TM Registration, # 5 Exhibit 5 – TM Registration, # 6 Exhibit 6 – TTAB Cancellation Proceeding)(Newberg, Brad) (Entered: 07/08/2019) |
| 07/08/2019 | 2 | **FILING ERROR – DEFICIENT PLEADING – PDF ERROR –** CIVIL COVER SHEET filed. (Newberg, Brad) Modified on 7/9/2019 (pc). (Entered: 07/08/2019) |
| 07/08/2019 | 3 | FIRST RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Lexington Furniture Industries, Inc. d/b/a Lexington Home |

| | | |
|---|---|---|
| | | Brands.(Newberg, Brad) (Entered: 07/08/2019) |
| 07/08/2019 | 4 | REQUEST FOR ISSUANCE OF SUMMONS as to The Lexington Company, AB d/b/a The Lexington Clothing Company, re: 1 Complaint,. Document filed by Lexington Furniture Industries, Inc. d/b/a Lexington Home Brands. (Newberg, Brad) (Entered: 07/08/2019) |
| 07/08/2019 | 5 | AO 120 FORM TRADEMARK – NOTICE OF SUBMISSION BY ATTORNEY. AO 120 Form Patent/Trademark for case opening submitted to court for review.(Newberg, Brad) (Entered: 07/08/2019) |
| 07/09/2019 | | ***NOTICE TO ATTORNEY REGARDING PARTY MODIFICATION. Notice to attorney Brad Richard Newberg. The party information for the following party/parties has been modified: Lexington Furniture Industries, Inc. d/b/a Lexington Home Brands, The Lexington Company, AB d/b/a The Lexington Clothing Company. The information for the party/parties has been modified for the following reason/reasons: alias party name was omitted;. (pc) (Entered: 07/09/2019) |
| 07/09/2019 | | Civil Case Opening Fee Paid electronically via Pay.gov: for 1 Complaint,. Filing fee $ 400.00. Pay.gov receipt number ANYSDC–17191595, paid on 7/3/2019. (pc) (Entered: 07/09/2019) |
| 07/09/2019 | | ***NOTICE TO ATTORNEY REGARDING CIVIL. CASE OPENING STATISTICAL ERROR CORRECTION: Notice to attorney Brad Richard Newberg. The following case opening statistical information was erroneously selected/entered: County code New York; Fee Status code due (due);. The following correction(s) have been made to your case entry: the County code has been modified to XX Out of State; the Fee Status code has been modified to pd (paid);. (pc) (Entered: 07/09/2019) |
| 07/09/2019 | | ***NOTICE TO ATTORNEY REGARDING DEFICIENT CIVIL COVER SHEET. Notice to attorney Brad Richard Newberg to RE–FILE Document No. 2 Civil Cover Sheet. The filing is deficient for the following reason(s): Multiple natures of suit were selected. Choose one. (pc) (Entered: 07/09/2019) |
| 07/09/2019 | 6 | AO 120 FORM TRADEMARK – CASE OPENING – SUBMITTED. In compliance with the provisions of 15 U.S.C. 1116, the Director of the U.S. Patent and Trademark Office is hereby advised that a court action has been filed on the trademark(s) in the U.S. District Court Southern District of New York. Director of the U.S. Patent and Trademark Office electronically notified via Notice of Electronic Filing (NEF). (pc) (Entered: 07/09/2019) |
| 07/09/2019 | | CASE OPENING INITIAL ASSIGNMENT NOTICE: The above–entitled action is assigned to Judge P. Kevin Castel. Please download and review the Individual Practices of the assigned District Judge, located at http://nysd.uscourts.gov/judges/District. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. Please download and review the ECF Rules and Instructions, located at http://nysd.uscourts.gov/ecf_filing.php. (pc) (Entered: 07/09/2019) |
| 07/09/2019 | | Magistrate Judge Ona T. Wang is so designated. Pursuant to 28 U.S.C. Section 636(c) and Fed. R. Civ. P. 73(b)(1) parties are notified that they may consent to proceed before a United States Magistrate Judge. Parties who wish to consent may access the necessary form at the following link: http://nysd.uscourts.gov/forms.php. (pc) (Entered: 07/09/2019) |
| 07/09/2019 | | Case Designated ECF. (pc) (Entered: 07/09/2019) |
| 07/09/2019 | 7 | ELECTRONIC SUMMONS ISSUED as to The Lexington Company, AB. (pc) (Entered: 07/09/2019) |
| 07/09/2019 | 8 | CIVIL COVER SHEET filed. (Newberg, Brad) (Entered: 07/09/2019) |
| 07/09/2019 | 9 | ORDER INITIAL PRETRIAL CONFERENCE: Initial Conference set for 9/6/2019 at 10:45 AM in Courtroom 11D, 500 Pearl Street, New York, NY 10007 before Judge P. Kevin Castel, as further set forth in this order. (Signed by Judge P. Kevin Castel on 7/9/2019) (jwh) (Entered: 07/09/2019) |

| | | |
|---|---|---|
| 07/16/2019 | 10 | **FILING ERROR – DEFICIENT DOCKET ENTRY** – MOTION for Lucy Jewett Wheatley to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–17249936. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Lexington Furniture Industries, Inc.. (Attachments: # 1 Affidavit L. Wheatley in Support of Motion for Pro Hac Admission, # 2 Exhibit Certificate of Good Standing (L. Wheatley), # 3 Text of Proposed Order Proposed Order)(Newberg, Brad) Modified on 7/16/2019 (bcu). (Entered: 07/16/2019) |
| 07/16/2019 | | **>>>NOTICE REGARDING DEFICIENT MOTION TO APPEAR PRO HAC VICE. Notice to RE–FILE Document No. 10 MOTION for Lucy Jewett Wheatley to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–17249936. Motion and supporting papers to be reviewed by Clerk's Office staff... The filing is deficient for the following reason(s): missing Certificate of Good Standing from Supreme Court of Virginia. We do not except them from a state bar association.;. Re–file the motion as a Corrected Motion to Appear Pro Hac Vice – attach the correct signed PDF – select the correct named filer/filers – attach valid Certificates of Good Standing issued within the past 30 days – attach Proposed Order.. (bcu)** (Entered: 07/16/2019) |
| 07/16/2019 | 11 | AFFIDAVIT OF SERVICE of Summons and Complaint,. The Lexington Company, AB served on 7/9/2019, answer due 7/30/2019. Service was accepted by Lori Mangiaracina – Receptionist. Document filed by Lexington Furniture Industries, Inc.. (Newberg, Brad) (Entered: 07/16/2019) |
| 07/17/2019 | 12 | CONSENT LETTER MOTION for Conference /*Telephone Conference* addressed to Judge P. Kevin Castel from Craig M. Flanders dated 7/17/19. Document filed by The Lexington Company, AB.(Flanders, Craig) (Entered: 07/17/2019) |
| 07/18/2019 | 13 | ORDER terminating 12 Letter Motion for Conference: The Settlement Agreement lies at the heart of the case. It settled a cancellation proceeding before the USPTO. The warm embrace by both sides of continued confidentiality of the terms of the Settlement Agreement does not address the public's right of access. If the public is to be excluded, it is entitled to know why –– and not have it be the result of the private conversation between the judge and the parties. By July 30 submit a letter explaining why the standards in Lugosch v. Pyramid 435 F. 3d 110 (2nd. Cir 2006) are met. (Signed by Judge P. Kevin Castel on 7/18/2019) (jwh) Modified on 10/4/2019 (jwh). (Entered: 07/18/2019) |
| 07/19/2019 | 14 | **FILING ERROR – DEFICIENT DOCKET ENTRY** – MOTION to Amend/Correct ., MOTION for Lucy Jewett Wheatley to Appear Pro Hac Vice . **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Lexington Furniture Industries, Inc.. (Attachments: # 1 Affidavit Attorney Declaration, # 2 Exhibit Certificate of Good Standing for L. Wheatley, # 3 Text of Proposed Order Proposed Order)(Newberg, Brad) Modified on 7/19/2019 (wb). (Entered: 07/19/2019) |
| 07/19/2019 | 15 | **FILING ERROR – DEFICIENT DOCKET ENTRY** – MOTION for Matthew William Cornelia to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–17275577. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Lexington Furniture Industries, Inc.. (Attachments: # 1 Affidavit Attorney Declaration, # 2 Exhibit Certificate of Good Standing for M. Cornelia, # 3 Text of Proposed Order Proposed Order)(Newberg, Brad) Modified on 7/19/2019 (wb). (Entered: 07/19/2019) |
| 07/19/2019 | | **>>>NOTICE REGARDING DEFICIENT MOTION TO APPEAR PRO HAC VICE. Notice to RE–FILE Document No. 15 MOTION for Matthew William Cornelia to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–17275577. Motion and supporting papers to be reviewed by Clerk's Office staff... The filing is deficient for the following reason(s): missing Certificate of Good Standing from Supreme Court of Texas;. Re–file the motion as a Motion to Appear Pro Hac Vice – attach the correct signed PDF – select the correct named filer/filers – attach valid Certificates of Good Standing issued within the past 30 days – attach Proposed Order.. (wb)** (Entered: 07/19/2019) |
| 07/19/2019 | | **>>>NOTICE REGARDING DEFICIENT MOTION TO APPEAR PRO HAC VICE. Notice to RE–FILE Document No. 14 MOTION to Amend/Correct . MOTION for Lucy Jewett Wheatley to Appear Pro Hac Vice . Motion and** |

| | | |
|---|---|---|
| | | supporting papers to be reviewed by Clerk's Office staff... The filing is deficient for the following reason(s): the wrong event type was used to file the motion;. Re–file the motion using the event type Motion to Appear Pro Hac Vice found under the event list Motions – attach the correct signed PDF – select the correct named filer/filers – attach valid Certificates of Good Standing issued within the past 30 days – attach Proposed Order.. (wb) (Entered: 07/19/2019) |
| 07/19/2019 | 16 | MOTION for Lucy Jewett Wheatley to Appear Pro Hac Vice . Motion and supporting papers to be reviewed by Clerk's Office staff. Document filed by Lexington Furniture Industries, Inc.. (Attachments: # 1 Affidavit Attorney Declaration, # 2 Exhibit Certificate of Good Standing for L. Wheatley, # 3 Text of Proposed Order Proposed Order)(Newberg, Brad) (Entered: 07/19/2019) |
| 07/19/2019 | | >>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 16 MOTION for Lucy Jewett Wheatley to Appear Pro Hac Vice . Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (wb) (Entered: 07/19/2019) |
| 07/21/2019 | 17 | MOTION for Matthew William Cornelia to Appear Pro Hac Vice . Motion and supporting papers to be reviewed by Clerk's Office staff. Document filed by Lexington Furniture Industries, Inc.. (Attachments: # 1 Affidavit Attorney Declaration, # 2 Exhibit A – Certificate of Good Standing, # 3 Text of Proposed Order Proposed Order)(Newberg, Brad) (Entered: 07/21/2019) |
| 07/22/2019 | | >>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 17 MOTION for Matthew William Cornelia to Appear Pro Hac Vice . Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (wb) (Entered: 07/22/2019) |
| 07/25/2019 | 18 | ORDER granting 16 Motion for Lucy Jewett Wheatley to Appear Pro Hac Vice (HEREBY ORDERED by Judge P. Kevin Castel)(Text Only Order) (Nacanther, Florence) (Entered: 07/25/2019) |
| 07/25/2019 | 19 | ORDER granting 17 Motion for Matthew William Cornelia to Appear Pro Hac Vice (HEREBY ORDERED by Judge P. Kevin Castel)(Text Only Order) (Nacanther, Florence) (Entered: 07/25/2019) |
| 07/25/2019 | 20 | RESPONSE re: 13 Order on Motion for Conference,, . Document filed by The Lexington Company, AB. (Flanders, Craig) (Entered: 07/25/2019) |
| 07/30/2019 | 21 | ANSWER to 1 Complaint, with JURY DEMAND., COUNTERCLAIM against Lexington Furniture Industries, Inc.. Document filed by The Lexington Company, AB. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Flanders, Craig) (Entered: 07/30/2019) |
| 07/30/2019 | 22 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by The Lexington Company, AB.(Flanders, Craig) (Entered: 07/30/2019) |
| 07/30/2019 | 23 | NOTICE OF APPEARANCE by Craig Matthew Flanders on behalf of The Lexington Company, AB. (Flanders, Craig) (Entered: 07/30/2019) |
| 07/30/2019 | 24 | MOTION for Samar Aryani–Sabet to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–17340004. Motion and supporting papers to be reviewed by Clerk's Office staff. Document filed by The Lexington Company, AB.(Flanders, Craig) (Entered: 07/30/2019) |
| 07/30/2019 | | >>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 24 MOTION for Samar Aryani–Sabet to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–17340004. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (wb) (Entered: 07/30/2019) |
| 07/30/2019 | 25 | MOTION for Timothy Pecsenye to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–17340069. Motion and supporting papers to be reviewed by Clerk's Office staff. Document filed by The Lexington Company, AB.(Flanders, Craig) (Entered: 07/30/2019) |

| | | |
|---|---|---|
| 07/30/2019 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. <u>25</u> MOTION for Timothy Pecsenye to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–17340069. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (wb)** (Entered: 07/30/2019) |
| 07/31/2019 | 26 | ORDER granting <u>24</u> Motion for Samar Aryani–Sabet to Appear Pro Hac Vice (HEREBY ORDERED by Judge P. Kevin Castel)(Text Only Order) (Nacanther, Florence) (Entered: 07/31/2019) |
| 07/31/2019 | 27 | ORDER granting <u>25</u> Motion for Timothy Pecsenye to Appear Pro Hac Vice (HEREBY ORDERED by Judge P. Kevin Castel)(Text Only Order) (Nacanther, Florence) (Entered: 07/31/2019) |
| 08/01/2019 | <u>28</u> | RESPONSE re: <u>20</u> Response, <u>13</u> Order on Motion for Conference,, . Document filed by Lexington Furniture Industries, Inc.. (Newberg, Brad) (Entered: 08/01/2019) |
| 08/20/2019 | <u>29</u> | LETTER MOTION for Leave to File Motion to Dismiss Counterclaim addressed to Judge P. Kevin Castel from Matthew W. Cornelia dated 8/20/2019. Document filed by Lexington Furniture Industries, Inc..(Cornelia, Matthew) (Entered: 08/20/2019) |
| 08/26/2019 | <u>30</u> | LETTER RESPONSE to Motion addressed to Judge P. Kevin Castel from Craig M. Flanders dated 8/26/19 re: <u>29</u> LETTER MOTION for Leave to File Motion to Dismiss Counterclaim addressed to Judge P. Kevin Castel from Matthew W. Cornelia dated 8/20/2019. . Document filed by The Lexington Company, AB. (Flanders, Craig) (Entered: 08/26/2019) |
| 08/27/2019 | <u>31</u> | MEMO ENDORSEMENT on re: <u>30</u> Response to Motion, filed by The Lexington Company, AB. ENDORSEMENT: Defendant is granted leave to amend its counterclaims provided it does so within 14 days of this Order. (Signed by Judge P. Kevin Castel on 8/27/2019) (jwh) (Entered: 08/27/2019) |
| 08/29/2019 | <u>32</u> | LETTER MOTION for Conference (Request for Timothy D. Pecsenye to Appear via Telephone for Rule 16 Conference) addressed to Judge P. Kevin Castel from Craig M. Flanders dated 08/29/2019. Document filed by The Lexington Company, AB.(Flanders, Craig) (Entered: 08/29/2019) |
| 08/29/2019 | <u>33</u> | ORDER denying <u>32</u> Letter Motion for Conference. Conference is adjourned from September 6, 2019 to September 13, 2019 at 10:30 AM. (Signed by Judge P. Kevin Castel on 8/29/2019) (cf) (Entered: 08/29/2019) |
| 08/29/2019 | | Set/Reset Hearings: Initial Conference set for 9/13/2019 at 10:30 AM before Judge P. Kevin Castel. (cf) (Entered: 08/29/2019) |
| 09/03/2019 | <u>34</u> | JOINT PRE–CONFERENCE STATEMENT . Document filed by Lexington Furniture Industries, Inc..(Newberg, Brad) (Entered: 09/03/2019) |
| 09/10/2019 | <u>35</u> | MOTION for Amanda L. DeFord to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–17572792. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Lexington Furniture Industries, Inc.. (Attachments: # <u>1</u> Affidavit Attorney Declaration, # <u>2</u> Exhibit A – Certificate of Good Standing, # <u>3</u> Text of Proposed Order)(Newberg, Brad) (Entered: 09/10/2019) |
| 09/10/2019 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. <u>35</u> MOTION for Amanda L. DeFord to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–17572792. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (wb)** (Entered: 09/10/2019) |
| 09/10/2019 | <u>36</u> | ANSWER to <u>1</u> Complaint,., COUNTERCLAIM against Lexington Furniture Industries, Inc.. Document filed by The Lexington Company, AB. (Attachments: # <u>1</u> Exhibit A– LCC Marks., # <u>2</u> B – Cancellation Petition)(Flanders, Craig) (Entered: 09/10/2019) |
| 09/10/2019 | <u>37</u> | NOTICE OF APPEARANCE by Lucy Jewett Wheatley on behalf of Lexington Furniture Industries, Inc.. (Wheatley, Lucy) (Entered: 09/10/2019) |
| 09/11/2019 | 38 | ORDER granting <u>35</u> Motion for Amanda L. DeFord to Appear Pro Hac Vice (HEREBY ORDERED by Judge P. Kevin Castel)(Text Only Order) (Nacanther, |

| | | |
|---|---|---|
| | | Florence) (Entered: 09/11/2019) |
| 09/12/2019 | 39 | SECOND LETTER MOTION for Leave to File Motion to Dismiss Counterclaim addressed to Judge P. Kevin Castel from Brad R. Newberg dated 9/12/2019. Document filed by Lexington Furniture Industries, Inc..(Newberg, Brad) (Entered: 09/12/2019) |
| 09/13/2019 | | Minute Entry for proceedings held before Judge P. Kevin Castel: Initial Pretrial Conference held on 9/13/2019. The next Case Management Conference is scheduled for February 14, 2019 at 11:00 a.m. (Nacanther, Florence) (Entered: 09/13/2019) |
| 09/13/2019 | 40 | ORDER FOLLOWING PRETRIAL CONFERENCE granting 39 Letter Motion for Leave to File Document: As a result of a Pre–Trial Conference held before the Court today, the following is ORDERED: 1 Defendant is advised to consider withdrawing its counterclaim insofar as it alleges that plaintiff breached the settlement agreement by disclosing in its pleading the conduct of defendant that it alleges to be a breach. See Rule 11, Fed. R. Civ. P. 2. Plaintiff may file its motion by October 8, 2019. Defendant may respond by October 22, 2019 and plaintiff may reply by October 30, 2019. (Signed by Judge P. Kevin Castel on 9/13/2019) (jwh) (Entered: 09/13/2019) |
| 09/13/2019 | | Set/Reset Deadlines: Motions due by 10/8/2019. Responses due by 10/22/2019. Replies due by 10/30/2019. (jwh) (Entered: 09/13/2019) |
| 09/13/2019 | 41 | CIVIL CASE MANAGEMENT PLAN AND SCHEDULING ORDER: All parties do not consent to conducting all further proceedings before a Magistrate Judge, including motions and trial. This case is to be tried to a jury. Amended pleadings may not be filed and additional parties may not be joined except with leave of the Court. Any motion to amend or to join additional parties shall be filed within 30 days from the date of this Order. Fact Discovery due by 1/24/2020. Deposition due by 1/17/2020. Expert Discovery due by 3/4/2020. Counsel for the parties have conferred and their present best estimate of the length of trial is: one week (5 days). Discovery due by 1/24/2020. The parties and their counsel shall meet face to face for no less than 1 hour (with a meal) to discuss settlement in the month of October, 2019 in New York. Application to file complaint under seal is denied. Case Management Conference set for 2/11/2020 at 11:00 AM before Judge P. Kevin Castel. (Signed by Judge P. Kevin Castel on 9/13/2019) (jwh) (Entered: 09/13/2019) |
| 10/07/2019 | 42 | NOTICE OF APPEARANCE by Amanda L. Deford on behalf of Lexington Furniture Industries, Inc.. (Deford, Amanda) (Entered: 10/07/2019) |
| 10/07/2019 | 43 | LETTER MOTION for Leave to File Proposed Amended Complaint addressed to Judge P. Kevin Castel from Brad R. Newberg dated October 7, 2019. Document filed by Lexington Furniture Industries, Inc.. (Attachments: # 1 Exhibit Proposed Amended Complaint, # 2 Exhibit Ex. 1_TM Registration, # 3 Exhibit Ex. 2_TM Registration, # 4 Exhibit Ex. 3_TM Registration, # 5 Exhibit Ex. 4_TM Registration, # 6 Exhibit Ex. 5_TM Registration, # 7 Exhibit Ex. 6_TTAB Cancellation No. 92048578)(Newberg, Brad) (Entered: 10/07/2019) |
| 10/16/2019 | 44 | ORDER: granting 43 Letter Motion for Leave to File Document. Leave to file First Amended Complaint is granted. SO ORDERED (Signed by Judge P. Kevin Castel on 10/16/2019) (ama) (Entered: 10/16/2019) |
| 10/16/2019 | 45 | FIRST AMENDED COMPLAINT amending 1 Complaint, against The Lexington Company, AB with JURY DEMAND.Document filed by Lexington Furniture Industries, Inc.. Related document: 1 Complaint,. (Attachments: # 1 Exhibit 1 – TM Registration, # 2 Exhibit 2 – TM Registration, # 3 Exhibit 3 – TM Registration, # 4 Exhibit 4 – TM Registration, # 5 Exhibit 5 – TM Registration, # 6 Exhibit 6 – TTAB Cancellation No. 92048578)(Newberg, Brad) (Entered: 10/16/2019) |
| 10/30/2019 | 46 | ANSWER to 45 Amended Complaint,. Document filed by The Lexington Company, AB.(Pecsenye, Timothy) (Entered: 10/30/2019) |
| 11/01/2019 | 47 | SUPPLEMENTAL RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by The Lexington Company, AB.(Pecsenye, Timothy) (Entered: 11/01/2019) |
| 11/20/2019 | 48 | LETTER MOTION for Discovery addressed to Judge P. Kevin Castel from Lucy Jewett Wheatley dated 11/20/2019. Document filed by Lexington Furniture Industries, Inc.. (Attachments: # 1 Exhibit 1 – Emails Extending Discovery Deadline, # 2 Exhibit |

| | | |
|---|---|---|
| | | 2 – LCC's Interrogatory Responses, # 3 Exhibit 3 – LCC's Request for Production Responses, # 4 Exhibit 4 – Letter re Discovery Deficiencies, # 5 Exhibit 5 – Letter Response re Discovery Deficiencies, # 6 Exhibit 6 – Emails re Discovery Deficiencies, # 7 Exhibit 7 – LCC's Supplemental Interrogatory Responses)(Wheatley, Lucy) (Entered: 11/20/2019) |
| 11/26/2019 | 49 | LETTER addressed to Judge P. Kevin Castel from Timothy D. Pecsenye dated 11/26/2019 re: Response to Plaintiff' Letter Motion Dkt. 48. Document filed by The Lexington Company, AB. (Attachments: # 1 Exhibit A–Email Confirming Extension of Discovery Response Deadline, # 2 Exhibit B–Defendant's Email Serving Discovery Responses, # 3 Exhibit C–Email Concerning Lead Counsel for Defendant, # 4 Exhibit D–Email Serving Document Production, # 5 Exhibit E–Email Confirming Production of Documents, # 6 Exhibit F–Email Regarding Clerical Error, # 7 Exhibit G–Plaintiff's First Set of Interrogatory Requests, # 8 Exhibit H–Email Regarding Attendance for Deposition)(Pecsenye, Timothy) (Entered: 11/26/2019) |
| 11/27/2019 | 50 | ORDER terminating 48 Letter Motion for Discovery. The All documents that defendant has agreed to produce in its response of November 4 shall be produced by December 9 together with a privilege log for all documents withheld on the grounds of privilege. Defendant shall answer Interrogatory No. 3 by December 19, 2019. Letter motion 48 is terminated. SO ORDERED. (Signed by Judge P. Kevin Castel on 11/26/2019) (ks) (Entered: 11/27/2019) |
| 12/11/2019 | 51 | JOINT LETTER addressed to Judge P. Kevin Castel from Brad R. Newberg dated December 11, 2019 re: Proposed Confidentiality Stipulation and Protective Order. Document filed by Lexington Furniture Industries, Inc.. (Attachments: # 1 Proposed Confidentiality Stipulation and Protective Order)(Newberg, Brad) (Entered: 12/11/2019) |
| 12/12/2019 | 52 | CONFIDENTIALITY STIPULATION AND PROTECTIVE ORDER regarding procedures to be followed that shall govern the handling of confidential material. (Signed by Judge P. Kevin Castel on 12/12/2019) Copies furnished: All Counsel of Record(jwh) (Entered: 12/12/2019) |
| 01/02/2020 | 53 | JOINT LETTER MOTION for Conference *(Requesting Settlement Conference)* addressed to Judge P. Kevin Castel from Timothy D. Pecsenye dated 01/02/2020. Document filed by The Lexington Company, AB.(Pecsenye, Timothy) (Entered: 01/02/2020) |
| 01/03/2020 | 54 | ORDER REFERRING CASE TO MAGISTRATE JUDGE: Order that case be referred to the Clerk of Court for assignment to a Magistrate Judge for Settlement. Referred to Magistrate Judge Ona T. Wang. SO ORDERED. (Signed by Judge P. Kevin Castel on 1/3/2020) (jca) (Entered: 01/03/2020) |
| 01/03/2020 | 55 | ORDER granting 53 Letter Motion for Conference: The matter will be referred to Judge Wang for settlement to be heard at her convenience. (Signed by Judge P. Kevin Castel on 1/3/2020) (jwh) (Entered: 01/03/2020) |
| 01/07/2020 | 56 | SCHEDULING ORDER: The Court will hold a Pre–Settlement Conference Scheduling Call on Wednesday, January 22, 2020 at 10:30 a.m. Please call Chambers at 212–805–0260 when all counsel are on the line. SO ORDERED. (Telephone Conference set for 1/22/2020 at 10:30 AM before Magistrate Judge Ona T. Wang.) (Signed by Magistrate Judge Ona T. Wang on 1/7/2020) (rro) (Entered: 01/07/2020) |
| 01/08/2020 | 57 | JOINT LETTER MOTION for Extension of Time to Complete Discovery addressed to Judge P. Kevin Castel from Lucy Jewett Wheatley dated January 8, 2020. Document filed by Lexington Furniture Industries, Inc..(Wheatley, Lucy) (Entered: 01/08/2020) |
| 01/09/2020 | 58 | ORDER granting 57 Letter Motion for Extension of Time to Complete Discovery: Application Granted. (Signed by Judge P. Kevin Castel on 1/9/2020) (jwh) (Entered: 01/09/2020) |
| 01/09/2020 | | Set/Reset Deadlines: Deposition due by 2/14/2020. Expert Discovery due by 3/25/2020. Fact Discovery due by 2/14/2020. (jwh) (Entered: 01/09/2020) |
| 01/22/2020 | 59 | SCHEDULING ORDER: ORDERED that an in–person Settlement Conference will be held on Monday, March 23, 2020 at 10:30 a.m. at the Daniel Patrick Moynihan Courthouse, 500 Pearl St., Courtroom 20D. Counsel shall review and comply with the |

| | | |
|---|---|---|
| | | Court's Individual Rules of Practice in Civil Cases § VI upon receipt of this Scheduling Order. It is further ORDERED that the parties' Ex Parte Settlement Conference Summary Forms and Letters shall be submitted by Monday, March 16, 2020. Settlement Conference set for 3/23/2020 at 10:30 AM in Courtroom 20D, 500 Pearl Street, New York, NY 10007 before Magistrate Judge Ona T. Wang. (Signed by Magistrate Judge Ona T. Wang on 1/22/2020) (rj) (Entered: 01/22/2020) |
| 01/22/2020 | | Minute Entry for proceedings held before Magistrate Judge Ona T. Wang: Pre Settlement Telephone Conference held on 1/22/2020. (Quinn, Diane) (Entered: 01/27/2020) |
| 02/03/2020 | 60 | LETTER MOTION for Discovery addressed to Judge P. Kevin Castel from Lucy Jewett Wheatley dated 2/3/2020. Document filed by Lexington Furniture Industries, Inc.. (Attachments: # 1 Exhibit 1 – LCC's Objections to Lexington's Interrogatories, # 2 Exhibit 2 – Discovery Letter to LCC, # 3 Exhibit 3 – Email Correspondence with Counsel for LCC).(Cornelia, Matthew) (Entered: 02/03/2020) |
| 02/06/2020 | | NOTICE: Pretrial conference originally scheduled for February 14, 2020 is adjourned to February 24, 2020 at 2:00 p.m. (Nacanther, Florence) (Entered: 02/06/2020) |
| 02/06/2020 | 61 | LETTER MOTION for Discovery addressed to Judge P. Kevin Castel from Timothy D. Pecsenye dated 02/06/2020. Document filed by The Lexington Company, AB. (Attachments: # 1 Exhibit A– Email dated 02/04/202).(Pecsenye, Timothy) (Entered: 02/06/2020) |
| 02/07/2020 | 62 | **FILING ERROR – DEFICIENT DOCKET ENTRY (SEE 63 Letter Response) –** LETTER RESPONSE to Motion addressed to Judge P. Kevin Castel from Timothy D. Pecsenye dated 02/07/2020 re: 60 LETTER MOTION for Discovery addressed to Judge P. Kevin Castel from Lucy Jewett Wheatley dated 2/3/2020. . Document filed by The Lexington Company, AB. (Attachments: # 1 Exhibit A– Email dated 12/18/2019).(Pecsenye, Timothy) Modified on 2/11/2020 (db). (Entered: 02/07/2020) |
| 02/07/2020 | 63 | LETTER RESPONSE to Motion addressed to Judge P. Kevin Castel from Timothy D. Pecsenye dated 02/07/2020 re: 60 LETTER MOTION for Discovery addressed to Judge P. Kevin Castel from Lucy Jewett Wheatley dated 2/3/2020. . Document filed by The Lexington Company, AB. (Attachments: # 1 Exhibit A– Email dated 12/18/2019).(Pecsenye, Timothy) (Entered: 02/07/2020) |
| 02/07/2020 | 64 | LETTER RESPONSE to Motion addressed to Judge P. Kevin Castel from Lucy Jewett Wheatley dated 2/7/2020 re: 61 LETTER MOTION for Discovery addressed to Judge P. Kevin Castel from Timothy D. Pecsenye dated 02/06/2020. . Document filed by Lexington Furniture Industries, Inc.. (Attachments: # 1 Exhibit 1 – Lexington's Objections and Responses to LCC's Requests for Production, # 2 Exhibit 2 – Emails re: Suspending Discovery, # 3 Exhibit 3 – Lexington's Responsive Discovery Letter).(Cornelia, Matthew) (Entered: 02/07/2020) |
| 02/20/2020 | | **\*\*\*DELETED DOCUMENT pursuant to direction from Judge Castel's Chambers on 2/20/2020. Deleted document number 65 ORDER. The document was incorrectly filed in this case. (tro)** (Entered: 02/20/2020) |
| 02/20/2020 | 65 | ORDER: I can hardly wait to see you all next week and get the latest update on your discovery squabbles. The battle of the two Lexingtons has been quite entertaining so far, though I admit to some difficulty in differentiating the two: One Lexington accuses the other of "seeking to avoid its discovery obligations because of a technicality" (something Im sure the accusing Lexington would never do); One Lexington accuses the other of having taken an extremely aggressive view of discovery and is attempting to expedite discovery as quickly as possible (ever hear of someone trying to expedite discovery as slowly as possible); as further set forth in this Order. Come to your senses, negotiate and come to Court with a proposed resolution. Failing that there will be rulings on the record on February 24, 2020 at 2 p.m. in Courtroom 11D. (Status Conference set for 2/24/2020 at 02:00 PM in Courtroom 11D, 500 Pearl Street, New York, NY 10007 before Judge P. Kevin Castel.) (Signed by Judge P. Kevin Castel on 2/20/2020) (cf) (Entered: 02/20/2020) |
| 02/20/2020 | 66 | LETTER addressed to Judge P. Kevin Castel from Lucy Jewett Wheatley dated February 20, 2020 re: Pre–Motion Letter. Document filed by Lexington Furniture Industries, Inc...(Wheatley, Lucy) (Entered: 02/20/2020) |

| 02/24/2020 | | Minute Entry for proceedings held before Judge P. Kevin Castel: Case Management Conference held on 2/24/2020. See, Order Following Pretrial Conference. (Nacanther, Florence) (Entered: 02/24/2020) |
|---|---|---|
| 02/24/2020 | 67 | ORDER FOLLOWING PRETRIAL CONFERENCE: As a result of a Pre–Trial Conference held before the Court today, the following is ORDERED: 1. Plaintiff shall produce customer complaints subject to a protective order within 21 days. 2. Defendant shall respond to plaintiff's interrogatories except #5, 6, 7 and 20 within 21 days. 3. Plaintiff may file summary judgment motion by May 8. Defendant may respond by May 29 and cross–move by May 29. Plaintiff reply and response to defendant's summary judgment motion is due June 19. Defendant's reply on its summary judgment motion is due June 30. (Motions due by 5/8/2020. Cross Motions due by 5/29/2020. Responses due by 6/19/2020. Replies due by 6/30/2020.) (Signed by Judge P. Kevin Castel on 2/24/2020) (jwh) Modified on 2/26/2020 (jwh). (Entered: 02/24/2020) |
| 02/26/2020 | 68 | LETTER addressed to Judge P. Kevin Castel from Timothy D. Pecsenye dated 02/26/2020 re: Response to Plaintiffs Pre–Motion Letter Dkt# 66 dated 2/20/2020. Document filed by The Lexington Company, AB..(Pecsenye, Timothy) (Entered: 02/26/2020) |
| 03/19/2020 | 69 | LETTER addressed to Magistrate Judge Ona T. Wang from Timothy D. Pecsenye dated 3/18/2020 re: request that the current mediation be postponed. Document filed by The Lexington Company, AB. (rro) (Entered: 03/19/2020) |
| 03/19/2020 | 70 | MEMO ENDORSEMENT on re: 69 Letter filed by The Lexington Company, AB. ENDORSEMENT: Application Granted. By March 25, 2020, Parties are directed to provide the Court with the additional dates in May for the rescheduled settlement conference. SO ORDERED. (Signed by Magistrate Judge Ona T. Wang on 3/19/2020) (rro) (Entered: 03/19/2020) |
| 03/19/2020 | 71 | LETTER addressed to Magistrate Judge Ona T. Wang from Timothy D. Pecsenye dated 03/19/2020 re: May 2020 Dates. Document filed by The Lexington Company, AB..(Pecsenye, Timothy) (Entered: 03/19/2020) |
| 03/20/2020 | 72 | MEMO ENDORSEMENT on re: 71 Letter filed by The Lexington Company, AB. ENDORSEMENT: The Court will hold an in–person settlement conference on May 19, 2020 at 2:30 p.m. Supplemental settlement submissions, if any, are due by May 12, 2020. SO ORDERED. (Settlement Conference set for 5/19/2020 at 02:30 PM before Magistrate Judge Ona T. Wang.) (Signed by Magistrate Judge Ona T. Wang on 3/20/2020) (rro) (Entered: 03/20/2020) |
| 03/26/2020 | 73 | LETTER MOTION for Extension of Time *for Pretrial Deadlines* addressed to Judge P. Kevin Castel from Lucy Jewett Wheatley dated March 26, 2020. Document filed by Lexington Furniture Industries, Inc...(Wheatley, Lucy) (Entered: 03/26/2020) |
| 03/26/2020 | 74 | LETTER MOTION for Extension of Time *(Request for Extension of All Deadlines)* addressed to Judge P. Kevin Castel from Timothy D. Pecsenye dated 03/26/2020. Document filed by The Lexington Company, AB..(Pecsenye, Timothy) (Entered: 03/26/2020) |
| 03/26/2020 | 75 | ORDER terminating 60 Letter Motion for Discovery; terminating 61 Letter Motion for Discovery; terminating 73 Letter Motion for Extension of Time; terminating 74 Letter Motion for Extension of Time. So Ordered. The existing schedule is modified as follows: 1. The deadlines for motions in limine, Joint Pre–Trial Order, proposed voir dire, jury instructions and verdict sheet are stayed pending further order; 2. Plaintiff's motion for summary judgment is due June 5, 2020; 3. Defendant's response and cross–motion is due June 26, 2020; 4. Plaintiffs reply on its summary judgment motion and response to defendant's motion is due July 24, 2020; 5. Defendant's reply on its motion for summary judgment is due August 7,2020 Letter motions (Doc 60, 61 73, 74) are terminated. (Signed by Judge P. Kevin Castel on 3/26/2020) (js) Modified on 3/27/2020 (js). (Entered: 03/27/2020) |
| 03/26/2020 | | Set/Reset Deadlines: Cross Motions due by 6/26/2020. Motions due by 6/5/2020. Responses due by 7/24/2020 Replies due by 8/7/2020. (js) (Entered: 03/27/2020) |
| 05/12/2020 | 76 | JOINT LETTER MOTION to Adjourn Conference addressed to Magistrate Judge Ona T. Wang from Timothy D. Pecsenye dated 5/12/20. Document filed by The Lexington |

| | | |
|---|---|---|
| | | Company, AB..(Pecsenye, Timothy) (Entered: 05/12/2020) |
| 05/12/2020 | 77 | ORDER granting 76 Letter Motion to Adjourn Conference. Application Granted. The settlement conference scheduled for May 19, 2020 is adjourned. A rescheduled telephonic settlement conference will be held on June 25, 2020 at 2:30 p.m. The dial–in information is as follows: Telephone Number: 866–390–1828, Access Code: 1582687 An additional security code will be emailed to the parties before the conference. Parties' settlement submissions are due by June 18, 2020. SO ORDERED. (Telephone Conference set for 6/25/2020 at 02:30 PM before Magistrate Judge Ona T. Wang.) (Signed by Magistrate Judge Ona T. Wang on 5/12/20) (yv) (Entered: 05/13/2020) |
| 05/28/2020 | 78 | LETTER MOTION for Extension of Time *of Current Court Deadlines* addressed to Judge P. Kevin Castel from Timothy D. Pecsenye dated 5/28/20. Document filed by The Lexington Company, AB. (Attachments: # 1 Exhibit A – Letter to Plaintiff's Counsel, # 2 Exhibit B – E–Mail Response from Plaintiff's Counsel).(Pecsenye, Timothy) (Entered: 05/28/2020) |
| 05/29/2020 | 79 | LETTER RESPONSE in Opposition to Motion addressed to Judge P. Kevin Castel from Lucy Jewett Wheatley dated May 29, 2020 re: 78 LETTER MOTION for Extension of Time *of Current Court Deadlines* addressed to Judge P. Kevin Castel from Timothy D. Pecsenye dated 5/28/20. . Document filed by Lexington Furniture Industries, Inc...(Wheatley, Lucy) (Entered: 05/29/2020) |
| 05/29/2020 | 80 | MEMO ENDORSEMENT on 79 LETTER RESPONSE granting 78 Letter Motion for Extension of Time. ENDORSEMENT: The Proposed Schedule of paragraphs 1 through 5 of defendant's letter of May 28 is adopted. (Signed by Judge P. Kevin Castel on 5/29/2020) (jwh) (Entered: 06/01/2020) |
| 05/29/2020 | | Set/Reset Deadlines: Motions due by 6/26/2020. Cross Motions due by 7/17/2020. Responses due by 8/14/2020. Replies due by 8/28/2020. (jwh) Modified on 6/1/2020 (jwh). (Entered: 06/01/2020) |
| 06/25/2020 | | Minute Entry for proceedings held before Magistrate Judge Ona T. Wang: Settlement Conference held on 6/25/2020. (Quinn, Diane) (Entered: 06/30/2020) |
| 06/26/2020 | 81 | MOTION for Summary Judgment *(Plaintiff's Motion for Partial Summary Judgment)*. Document filed by Lexington Furniture Industries, Inc...(Deford, Amanda) (Entered: 06/26/2020) |
| 06/26/2020 | 82 | MEMORANDUM OF LAW in Support re: 81 MOTION for Summary Judgment *(Plaintiff's Motion for Partial Summary Judgment)*. . Document filed by Lexington Furniture Industries, Inc...(Deford, Amanda) (Entered: 06/26/2020) |
| 06/26/2020 | 83 | RULE 56.1 STATEMENT. Document filed by Lexington Furniture Industries, Inc...(Deford, Amanda) (Entered: 06/26/2020) |
| 06/26/2020 | 84 | DECLARATION of Robert Stamper in Support re: 81 MOTION for Summary Judgment *(Plaintiff's Motion for Partial Summary Judgment)*.. Document filed by Lexington Furniture Industries, Inc.. (Attachments: # 1 Exhibit 1 – Certificate of Registration for Lexington mark, # 2 Exhibit 2 – Certificate of Registration for Lexington mark, # 3 Exhibit 3 – Certificate of Registration for Lexington mark, # 4 Exhibit 4 – Certificate of Registration for Lexington mark, # 5 Exhibit 5 – Certificate of Registration for Lexington mark, # 6 Exhibit 6 – Cross–promotion with ABC, # 7 Exhibit 7 – Cross–promotion with NBC, # 8 Exhibit 8 – Unpaid media coverage of Lexington brand, # 9 Exhibit 9 – Marketplace uses of Lexington Home Brands mark, # 10 Exhibit 10 Part 1 – Marketplace uses of Lexington Home Brands mark, # 11 Exhibit 10 Part 2 – Marketplace uses of Lexington Home Brands mark, # 12 Exhibit 11 – Marketplace uses of Lexington Home Brands mark, # 13 Exhibit 12 – Marketplace uses of Lexington Home Brands mark, # 14 Exhibit 13 Part 1 – Social media uses of Lexington Home Brands mark, # 15 Exhibit 13 Part 2 – Social media uses of Lexington Home Brands mark, # 16 Exhibit 13 Part 3 – Social media uses of Lexington Home Brands mark, # 17 Exhibit 14 – Social media uses of Lexington Home Brands mark, # 18 Exhibit 15 – Social media uses of Lexington Home Brands mark, # 19 Exhibit 16 Part 1 – Social media uses of Lexington Home Brands mark, # 20 Exhibit 16 Part 2 – Social media uses of Lexington Home Brands mark, # 21 Exhibit 1 7 – Social media uses of Lexington Home Brands mark, # 22 Exhibit 18 – |

| | | |
|---|---|---|
| | | Social media uses of Lexington Home Brands mark, # 23 Exhibit 19 – Authorized dealers uses of Lexington Home Brands mark, # 24 Exhibit 20 – Marketplace uses of Lexington mark, # 25 Exhibit 21 Part 1 – Marketplace uses of Lexington mark, # 26 Exhibit 21 Part 2 – Marketplace uses of Lexington mark, # 27 Exhibit 21 Part 3 – Marketplace uses of Lexington mark, # 28 Exhibit 21 Part 4 – Marketplace uses of Lexington mark, # 29 Exhibit 21 Part 5 – Marketplace uses of Lexington mark, # 30 Exhibit 22 – Marketplace uses of Lexington mark, # 31 Exhibit 23 – Marketplace uses of Lexington mark, # 32 Exhibit 24 – Authorized dealers uses of Lexington mark, # 33 Exhibit 25 – Authorized dealers uses of Lexington mark, # 34 Exhibit 26 – Use of Lexington with pillows, # 35 Exhibit 26A – Revenue from Lexington branded pillows, # 36 Exhibit 26B – Retail design guide regarding use of pillows and bedding, # 37 Exhibit 27 – Binding Settlement Agreement/Term Sheet, # 38 Exhibit 28 – Defendant's products on Perigold/Wayfair, # 39 Exhibit 29 – Screenshots showing registration for e–mail blasts, # 40 Exhibit 30 Part 1 – Examples of e–mail blasts, # 41 Exhibit 30 Part 2 – Examples of e–mail blasts, # 42 Exhibit 30A – U.S. Holiday e–mail blasts, # 43 Exhibit 31 Part 1 – Defendant's Lexington branded packaging materials, # 44 Exhibit 31 Part 2 – Defendant's Lexington branded packaging materials, # 45 Exhibit 31 Part 3 – Defendant's Lexington branded packaging materials, # 46 Exhibit 31 Part 4 – Defendant's Lexington branded packaging materials, # 47 Exhibit 31 Part 5 – Defendant's Lexington branded packaging materials, # 48 Exhibit 32 – Third–party brands for furniture and home textiles, # 49 Exhibit 33 – Third–party brands for furniture and home textiles, # 50 Exhibit 34 Part 1 – Third–party brands for furniture and home textiles, # 51 Exhibit 34 Part 2 – Third–party brands for furniture and home textiles, # 52 Exhibit 34 Part 3 – Third–party brands for furniture and home textiles, # 53 Exhibit 34 Part 4 – Third–party brands for furniture and home textiles, # 54 Exhibit 35 – Third–party brands for furniture and home textiles, # 55 Exhibit 36 – Third–party brands for furniture and home textiles, # 56 Exhibit 37 – Third–party brands for furniture and home textiles, # 57 Exhibit 38 – Third–party brands for furniture and home textiles, # 58 Exhibit 39 – Third–party brands for furniture and home textiles, # 59 Exhibit 40 Part 1 – Third–party brands for furniture and home textiles, # 60 Exhibit 40 Part 2– Third–party brands for furniture and home textiles, # 61 Exhibit 40 Part 3– Third–party brands for furniture and home textiles, # 62 Exhibit 40 Part 4– Third–party brands for furniture and home textiles, # 63 Exhibit 41 Part 1– Third–party brands for furniture and home textiles, # 64 Exhibit 41 Part 2– Third–party brands for furniture and home textiles, # 65 Exhibit 42 Part 1– Third–party brands for furniture and home textiles, # 66 Exhibit 42 Part 2– Third–party brands for furniture and home textiles, # 67 Exhibit 43 Part 1– Third–party brands for furniture and home textiles, # 68 Exhibit 43 Part 2– Third–party brands for furniture and home textiles, # 69 Exhibit 43 Part 3– Third–party brands for furniture and home textiles, # 70 Exhibit 43 Part 4– Third–party brands for furniture and home textiles, # 71 Exhibit 44– Third–party brands for furniture and home textiles, # 72 Exhibit 45 Part 1– Third–party brands for furniture and home textiles, # 73 Exhibit 45 Part 2– Third–party brands for furniture and home textiles, # 74 Exhibit 45 Part 3– Third–party brands for furniture and home textiles, # 75 Exhibit 46– Third–party brands for furniture and home textiles, # 76 Exhibit 47 Part 1– Third–party brands for furniture and home textiles, # 77 Exhibit 47 Part 2– Third–party brands for furniture and home textiles, # 78 Exhibit 48– Third–party brands for furniture and home textiles, # 79 Exhibit 49 – Side–by–side comparison of party's advertisements, # 80 Exhibit 50 – Barclay Butera actual confusion evidence, # 81 Exhibit 51 – Actual confusion e–mails).(Deford, Amanda) (Entered: 06/26/2020) |
| 06/26/2020 | 85 | DECLARATION of Michael Yarbrough in Support re: 81 MOTION for Summary Judgment *(Plaintiff's Motion for Partial Summary Judgment)*.. Document filed by Lexington Furniture Industries, Inc.. (Attachments: # 1 Exhibit 1 – Defendant's paid advertisement on Facebook, # 2 Exhibit 2 – Defendant's paid advertisement on Instagram).(Deford, Amanda) (Entered: 06/26/2020) |
| 06/26/2020 | 86 | DECLARATION of Patricia Rogers in Support re: 81 MOTION for Summary Judgment *(Plaintiff's Motion for Partial Summary Judgment)*.. Document filed by Lexington Furniture Industries, Inc.. (Attachments: # 1 Exhibit 1 – New York City Design Center actual confusion evidence).(Deford, Amanda) (Entered: 06/26/2020) |

| | | |
|---|---|---|
| 06/26/2020 | 87 | DECLARATION of Lucy Jewett Wheatley in Support re: 81 MOTION for Summary Judgment *(Plaintiff's Motion for Partial Summary Judgment)*.. Document filed by Lexington Furniture Industries, Inc.. (Attachments: # 1 Exhibit 1 – Excerpts from Deposition of Defendant, # 2 Exhibit 2 – Excerpts from Deposition of Plaintiff, # 3 Exhibit 3 – Screenshots of Defendant's use of Lexington, # 4 Exhibit 4 – Defendant's main Facebook page, # 5 Exhibit 5 – Examples of Defendant's Facebook posts, # 6 Exhibit 6 – Screenshots of Defendant's Instagram account, # 7 Exhibit 7 – Screenshots of Defendant's Twitter account, # 8 Exhibit 8 Part 1 – Screenshots of Defendant's Pinterest page, # 9 Exhibit 8 Part 2– Screenshots of Defendant's Pinterest page, # 10 Exhibit 8 Part 3 – Screenshots of Defendant's Pinterest page, # 11 Exhibit 8 Part 4 – Screenshots of Defendant's Pinterest page, # 12 Exhibit 8 Part 5 – Screenshots of Defendant's Pinterest page, # 13 Exhibit 9 – Screenshots of Defendant's Vimeo account, # 14 Exhibit 10 – Marketing materials for Defendant's U.S. based event, # 15 Exhibit 11 – Defendant's use of Lexington on shopping bags, # 16 Exhibit 12 – Examples of Defendant's reference to U.S holidays on advertising, # 17 Exhibit 13 – Defendant's use of Lexington on pillows, # 18 Exhibit 14 – TTAB's decision cancelling trademark registration, # 19 Exhibit 15 – USPTO's order cancelling trademark registration, # 20 Exhibit 16 – Barclay Butera actual confusion evidence, # 21 Exhibit 17 – Pinterest search results for Lexington Home, # 22 Exhibit 18 – Defendant's display at New York Now trade show, # 23 Exhibit 19 – Screenshot of New York Now event, # 24 Exhibit 20 – USPTO for Defendant's cancelled trademark registration, # 25 Exhibit 21 – Voluntary Dismissal of TTAB appeal, # 26 Exhibit 22 – Defendat's East Hampton specific Facebook page).(Deford, Amanda) (Entered: 06/26/2020) |
| 06/26/2020 | 88 | LETTER addressed to Judge P. Kevin Castel from Lucy Jewett Wheatley dated June 26, 2020 re: Requests oral argument on Plaintiff's Motion for Partial Summary Judgment. Document filed by Lexington Furniture Industries, Inc...(Deford, Amanda) (Entered: 06/26/2020) |
| 07/17/2020 | 89 | MOTION to Seal *Documents as to Cross−Motion for Partial Summary Judgment*. Document filed by The Lexington Company, AB..(Pecsenye, Timothy) (Entered: 07/17/2020) |
| 07/17/2020 | 90 | MEMORANDUM OF LAW in Support re: 89 MOTION to Seal *Documents as to Cross−Motion for Partial Summary Judgment*. . Document filed by The Lexington Company, AB..(Pecsenye, Timothy) (Entered: 07/17/2020) |
| 07/17/2020 | 91 | DECLARATION of Timothy D. Pecsenye in Support re: 89 MOTION to Seal *Documents as to Cross−Motion for Partial Summary Judgment*.. Document filed by The Lexington Company, AB..(Pecsenye, Timothy) (Entered: 07/17/2020) |
| 07/17/2020 | 92 | ***SELECTED PARTIES***DECLARATION of Timothy D. Pecsenye in Support re: 89 MOTION to Seal *Documents as to Cross−Motion for Partial Summary Judgment*.. Document filed by The Lexington Company, AB, Lexington Furniture Industries, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit L, # 3 Exhibit M, # 4 Memorandum of Law, # 5 Rule 56.1 Statement)Motion or Order to File Under Seal: 89 .(Pecsenye, Timothy) (Entered: 07/17/2020) |
| 07/17/2020 | 93 | CROSS MOTION for Summary Judgment *(Partial)*. Document filed by The Lexington Company, AB..(Pecsenye, Timothy) (Entered: 07/17/2020) |
| 07/17/2020 | 94 | MEMORANDUM OF LAW in Support re: 93 CROSS MOTION for Summary Judgment *(Partial)*. . Document filed by The Lexington Company, AB..(Pecsenye, Timothy) (Entered: 07/17/2020) |
| 07/17/2020 | 95 | DECLARATION of Tommy Lindhe in Support re: 93 CROSS MOTION for Summary Judgment *(Partial)*.. Document filed by The Lexington Company, AB. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N, # 15 Exhibit O, # 16 Exhibit P, # 17 Exhibit Q, # 18 Exhibit R, # 19 Exhibit S, # 20 Exhibit T, # 21 Exhibit U, # 22 Exhibit V, # 23 Exhibit W, # 24 Exhibit X).(Pecsenye, Timothy) (Entered: 07/17/2020) |
| 07/17/2020 | 96 | DECLARATION of Timothy D. Pecsenye in Support re: 93 CROSS MOTION for Summary Judgment *(Partial)*.. Document filed by The Lexington Company, AB. (Attachments: # 1 Exhibit A, # 2 Exhibit AA, # 3 Exhibit B, # 4 Exhibit BB – Part 1, # |

|  |  | 5 Exhibit BB – Part 2, # 6 Exhibit BB – Part 3, # 7 Exhibit C, # 8 Exhibit CC, # 9 Exhibit D, # 10 Exhibit DD, # 11 Exhibit E, # 12 Exhibit EE, # 13 Exhibit F – Part 1, # 14 Exhibit F – Part 2, # 15 Exhibit F – Part 3, # 16 Exhibit FF, # 17 Exhibit G – Part 1, # 18 Exhibit G – Part 2, # 19 Exhibit GG, # 20 Exhibit H, # 21 Exhibit HH, # 22 Exhibit I, # 23 Exhibit II, # 24 Exhibit J, # 25 Exhibit JJ, # 26 Exhibit K, # 27 Exhibit KK, # 28 Exhibit L, # 29 Exhibit M, # 30 Exhibit N, # 31 Exhibit O, # 32 Exhibit P, # 33 Exhibit Q, # 34 Exhibit R, # 35 Exhibit S, # 36 Exhibit T, # 37 Exhibit U, # 38 Exhibit V, # 39 Exhibit W, # 40 Exhibit X, # 41 Exhibit Y, # 42 Exhibit Z).(Pecsenye, Timothy) (Entered: 07/17/2020) |
|---|---|---|
| 07/17/2020 | 97 | RULE 56.1 STATEMENT. Document filed by The Lexington Company, AB..(Pecsenye, Timothy) (Entered: 07/17/2020) |
| 07/17/2020 | 98 | COUNTER STATEMENT TO 83 Rule 56.1 Statement. Document filed by The Lexington Company, AB..(Pecsenye, Timothy) (Entered: 07/17/2020) |
| 08/14/2020 | 99 | MOTION to Seal *Exhibits to its Memorandum of Points and Authorities in Opposition to Defendant's Cross−Motion for Partial Summary Judgment and Reply in Support of Plaintiff's Motion for Summary Judgment*. Document filed by Lexington Furniture Industries, Inc...(Wheatley, Lucy) (Entered: 08/14/2020) |
| 08/14/2020 | 100 | MEMORANDUM OF LAW in Support re: 99 MOTION to Seal *Exhibits to its Memorandum of Points and Authorities in Opposition to Defendant's Cross−Motion for Partial Summary Judgment and Reply in Support of Plaintiff's Motion for Summary Judgment*. . Document filed by Lexington Furniture Industries, Inc...(Wheatley, Lucy) (Entered: 08/14/2020) |
| 08/14/2020 | 101 | DECLARATION of Matthew W. Cornelia in Support re: 99 MOTION to Seal *Exhibits to its Memorandum of Points and Authorities in Opposition to Defendant's Cross−Motion for Partial Summary Judgment and Reply in Support of Plaintiff's Motion for Summary Judgment*.. Document filed by Lexington Furniture Industries, Inc...(Wheatley, Lucy) (Entered: 08/14/2020) |
| 08/14/2020 | 102 | ***SELECTED PARTIES***DECLARATION of Matthew W. Cornelia in Support re: 99 MOTION to Seal *Exhibits to its Memorandum of Points and Authorities in Opposition to Defendant's Cross−Motion for Partial Summary Judgment and Reply in Support of Plaintiff's Motion for Summary Judgment*.. Document filed by Lexington Furniture Industries, Inc., The Lexington Company, AB. (Attachments: # 1 Exhibit 2 – LCC−000596 (CBI), # 2 Exhibit 4 – LCC−000469 (CBI), # 3 Exhibit 5 – LCC−000001 (CBI))Motion or Order to File Under Seal: 99 .(Wheatley, Lucy) (Entered: 08/14/2020) |
| 08/14/2020 | 103 | MEMORANDUM OF LAW in Opposition re: 93 CROSS MOTION for Summary Judgment *(Partial)*. *(Plaintiff's Memorandum of Points and Authorities in Opposition to Defendant's Cross−Motion for Partial Summary Judgment and Reply in Support of Plaintiff's Motion for Summary Judgment)*. Document filed by Lexington Furniture Industries, Inc...(Wheatley, Lucy) (Entered: 08/14/2020) |
| 08/14/2020 | 104 | DECLARATION of Robert Stamper in Opposition re: 93 CROSS MOTION for Summary Judgment *(Partial)*.. Document filed by Lexington Furniture Industries, Inc.. (Attachments: # 1 Exhibit 1 – TBF Website Terms of Use, # 2 Exhibit 2 – TBF Other Featured Brands Page, # 3 Exhibit 3 – TBF Lexington Page, # 4 Exhibit 4 – Lexington, NC Google Search, # 5 Exhibit 5 – Lexington, NC Wikipedia, # 6 Exhibit 6 – Visit Lexington, NC Webpage, # 7 Exhibit 7 – Lexington Wikipedia, # 8 Exhibit 8 – Lexington, KY Furniture and Rug Webpage, # 9 Exhibit 9 – High Point Furniture Market Wikipedia, # 10 Exhibit 10 – Lexington Storefronts, # 11 Exhibit 11 – Lexington Home Google Search, # 12 Exhibit 12 – Defendants US Website Homepage, # 13 Exhibit 13 – Defendants Pillow Twitter Post, # 14 Exhibit 14 – NY Now 2017 Webpage, # 15 Exhibit 15 – Lexington Wayfair Page, # 16 Exhibit 16 – Lexington Perigold Page).(Wheatley, Lucy) (Entered: 08/14/2020) |
| 08/14/2020 | 105 | DECLARATION of Lucy Jewett Wheatley in Opposition re: 93 CROSS MOTION for Summary Judgment *(Partial)*.. Document filed by Lexington Furniture Industries, Inc.. (Attachments: # 1 Exhibit 1 – Lindhe Deposition Excerpts, # 2 Redacted Exhibit 2, # 3 Exhibit 3 – Berbos Deposition Excerpts, # 4 Redacted Exhibit 4, # 5 Redacted Exhibit 5, # 6 Exhibit 6 – Bybabba Production (BYB00000162), # 7 Exhibit 7 – Bybabba Production (BYB00000523), # 8 Exhibit 8 – Bybabba Production (BYB00000548), # |

| | | |
|---|---|---|
| | | 9 Exhibit 9 – Bybabba Production (BYB00000874), # 10 Exhibit 10 – Bybabba Production (BYB00001086), # 11 Exhibit 11 – Bybabba Production (BYB00001090), # 12 Exhibit 12 – Stamper Deposition Excerpts, # 13 Exhibit 13 – Defendants Use of LEXINGTON, # 14 Exhibit 14 Part 1 – TTAB Notice of Reliance, # 15 Exhibit 14 Part 2 – TTAB Notice of Reliance).(Wheatley, Lucy) (Entered: 08/14/2020) |
| 08/14/2020 | 106 | COUNTER STATEMENT TO 97 Rule 56.1 Statement. Document filed by Lexington Furniture Industries, Inc...(Wheatley, Lucy) (Entered: 08/14/2020) |
| 08/28/2020 | 107 | REPLY MEMORANDUM OF LAW in Support re: 93 CROSS MOTION for Summary Judgment *(Partial)*. . Document filed by The Lexington Company, AB..(Pecsenye, Timothy) (Entered: 08/28/2020) |
| 08/28/2020 | 108 | MOTION to Strike Document No. [ (Dkts. 99–106)] */Certain Evidence*. Document filed by The Lexington Company, AB..(Pecsenye, Timothy) (Entered: 08/28/2020) |
| 08/28/2020 | 109 | MEMORANDUM OF LAW in Support re: 108 MOTION to Strike Document No. [ (Dkts. 99–106)] */Certain Evidence*. . Document filed by The Lexington Company, AB..(Pecsenye, Timothy) (Entered: 08/28/2020) |
| 08/28/2020 | 110 | DECLARATION of Timothy D. Pecsenye in Support re: 108 MOTION to Strike Document No. [ (Dkts. 99–106)] */Certain Evidence*.. Document filed by The Lexington Company, AB. (Attachments: # 1 Exhibit A – Civil Case Management Plan, # 2 Exhibit B – Plaintiff's Initial Disclosures, # 3 Exhibit C – Plaintiff's Supplemental Initial Disclosures, # 4 Exhibit D – Plaintiff's Second Supplemental Disclosures, # 5 Exhibit E – Plaintiff's Third Supplemental Initial Disclosures, # 6 Exhibit F– Defendant's First Set of Interrogatories, # 7 Exhibit G – Defendant's First Set of Requests for Admissions, # 8 Exhibit H – Defendant's First Set of Requests for Production, # 9 Exhibit I – Defendant's Discovery Deficiency Letter, # 10 Exhibit J – E–Mail from Plaintiff's Counsel, # 11 Exhibit K – E–Mail from Plaintiff's Counsel, # 12 Exhibit L – E–Mail from Plaintiff's Counsel, # 13 Exhibit M – E–Mail from Plaintiff's Counsel, # 14 Exhibit N – E–Mail from Plaintiff's Counsel, # 15 Exhibit O – E–Mail from Plaintiff's Counsel, # 16 Exhibit P – E–Mail from Plaintiff's Counsel, # 17 Exhibit Q – E–Mail from Plaintiff's Counsel, # 18 Exhibit R – E–Mail from Plaintiff's Counsel, # 19 Exhibit S – E–Mail from Plaintiff's Counsel, # 20 Exhibit T – E–Mail from Plaintiff's Counsel, # 21 Exhibit U – E–Mail from Plaintiff's Counsel, # 22 Exhibit V – E–Mail from Plaintiff's Counsel, # 23 Exhibit W – E–Mail from Plaintiff's Counsel, # 24 Exhibit X – E–Mail from Plaintiff's Counsel, # 25 Exhibit Y – E–Mail from Plaintiff's Counsel, # 26 Exhibit Z – E–Mail from Plaintiff's Counsel).(Pecsenye, Timothy) (Entered: 08/28/2020) |
| 09/11/2020 | 111 | MEMORANDUM OF LAW in Opposition re: 108 MOTION to Strike Document No. [ (Dkts. 99–106)] */Certain Evidence*. *(Plaintiff's Memorandum of Points and Authorities in Opposition to Defendant's Motion to Strike)*. Document filed by Lexington Furniture Industries, Inc...(Wheatley, Lucy) (Entered: 09/11/2020) |
| 09/11/2020 | 112 | DECLARATION of Robert Stamper in Opposition re: 108 MOTION to Strike Document No. [ (Dkts. 99–106)] */Certain Evidence*.. Document filed by Lexington Furniture Industries, Inc...(Wheatley, Lucy) (Entered: 09/11/2020) |
| 09/11/2020 | 113 | DECLARATION of Lucy Jewett Wheatley in Opposition re: 108 MOTION to Strike Document No. [ (Dkts. 99–106)] */Certain Evidence*.. Document filed by Lexington Furniture Industries, Inc.. (Attachments: # 1 Exhibit 1 – Lexington's First Set of RFPs to LCC, # 2 Exhibit 2 – Lexington's Second Set of RFPs to LCC, # 3 Exhibit 3 – Lexington's Third Set of RFPs to LCC, # 4 Exhibit 4 – Lexington's Fourth Set of RFPs to LCC, # 5 Exhibit 5 – LEX001676, # 6 Exhibit 6 – LEX006932, # 7 Exhibit 7 – LEX006951, # 8 Exhibit 8 – LEX006567, # 9 Exhibit 9 – LEX006330, # 10 Exhibit 10 – LEX006343, # 11 Exhibit 11 – LEX001849, # 12 Exhibit 12 – LCC001852, # 13 Exhibit 13 – LEX002453, # 14 Exhibit 14 – LCC Website Homepage, # 15 Exhibit 15 – LEX000567, # 16 Exhibit 16 – LEX007335).(Wheatley, Lucy) (Entered: 09/11/2020) |
| 09/14/2020 | 114 | REPLY MEMORANDUM OF LAW in Support re: 108 MOTION to Strike Document No. [ (Dkts. 99–106)] */Certain Evidence*. . Document filed by The Lexington Company, AB..(Pecsenye, Timothy) (Entered: 09/14/2020) |

| | | |
|---|---|---|
| 03/23/2021 | 115 | OPINION AND ORDER. The Court denies LFI's motion for summary judgment. The Court grants LCC's motion for summary judgment in part, finding no breach of the Settlement Agreement as to LCC's advertising and selling of products through third–party online retailer Perigold.com. LCC's motion for summary judgment is otherwise denied. Lastly, the Court denies LCC's motion to strike as moot. The Clerk is directed to terminate the motions. (Docs 81, 93 & 108). So ordered. re: 108 MOTION to Strike Document No. [ (Dkts. 99–106)] /*Certain Evidence* filed by The Lexington Company, AB, 93 CROSS MOTION for Summary Judgment *(Partial)* filed by The Lexington Company, AB, 81 MOTION for Summary Judgment *(Plaintiff's Motion for Partial Summary Judgment)* filed by Lexington Furniture Industries, Inc. (Signed by Judge P. Kevin Castel on 3/23/2021) (rjm) (Entered: 03/24/2021) |
| 03/23/2021 | 116 | ORDER: This schedule applies to the remaining proceedings prior to trial: 1. Plaintiff's proposed voir dire, proposed verdict sheet, proposed jury instructions and its motions in limine shall be filed by April 30, 2021, with a copy of the voir dire, verdict sheet and jury instructions delivered in MS Word format. Also, by April 30, 2021, it shall deliver to defendant in MS Word format its portion of the proposed Joint Pre–Trial Order. 2. Defendant's proposed voir dire, proposed verdict sheet, proposed jury instructions, its motions in limine and responses to motions in limine shall be filed by May 21, 2021, with a copy of the voir dire, verdict sheet and jury instructions delivered in MS Word format. Also, by May 21, 2021, defendant shall deliver in MS Word format to plaintiff its portion of the proposed Joint Pre–Trial Order merged with plaintiff's portion. 3. By June 11, 2021, plaintiff shall file its responses to defendant's motions in limine. Also, by June 11, 2021, the parties shall file the proposed Joint Pre–Trial Order. 4. The Final Pre–Trial Conference will be held on June 23, 2021, at 2:00 p.m. in Courtroom 11D at 500 Pearl Street, New York, New York. SO ORDERED. (Motions due by 5/21/2021. Responses due by 6/11/2021. Final Pretrial Conference set for 6/23/2021 at 02:00 PM in Courtroom 11D, 500 Pearl Street, New York, NY 10007 before Judge P. Kevin Castel. Proposed Pretrial Order due by 6/11/2021.) (Signed by Judge P. Kevin Castel on 3/23/2021) (rjm) (Entered: 03/24/2021) |
| 03/24/2021 | 117 | ORDER: denying 89 Motion to Seal; denying 99 Motion to Seal. The Clerk is directed to terminate the motions. (Docs 89 & 99). To the extent the parties' motions have been denied, the parties are directed to publicly file unredacted versions of the relevant documents within 14 days of this Order. SO ORDERED. (Signed by Judge P. Kevin Castel on 3/24/2021) (ama) (Entered: 03/24/2021) |
| 03/26/2021 | 118 | MEMORANDUM OF LAW re: 93 CROSS MOTION for Summary Judgment *(Partial)*., 117 Order on Motion to Seal,,, *(Defendant's Memorandum of Law in Opposition to Plaintiff's Motion for Partial Summary Judgment and in Support of Defendant's Cross–Motion for Partial Summary Judgment) Filed in Response to the Court's Order Dkt. No. 117.* Document filed by The Lexington Company, AB..(Pecsenye, Timothy) (Entered: 03/26/2021) |
| 03/26/2021 | 119 | RULE 56.1 STATEMENT. Document filed by The Lexington Company, AB. (Attachments: # 1 Declaration of T. Pecsenye in Opposition to Plaintiff's Motion for Partial SJ and in Support of Defendant's Cross–Motion for SJ, # 2 Exhibit A to Declaration of T. Pecsenye – Excerpts from the Deposition Transcript of Robert Stamper (These Papers being Filed in Response (in Compliance) with the Court's Order Denying Sealing Application – Docket No. 117)).(Pecsenye, Timothy) (Entered: 03/26/2021) |
| 04/07/2021 | 120 | REDACTION to 105 Declaration in Opposition to Motion,,, *REDACTED Exhibit 2* by Lexington Furniture Industries, Inc..(Wheatley, Lucy) (Entered: 04/07/2021) |
| 04/30/2021 | 121 | PROPOSED VOIR DIRE QUESTIONS. Document filed by Lexington Furniture Industries, Inc...(Newberg, Brad) (Entered: 04/30/2021) |
| 04/30/2021 | 122 | PROPOSED JURY INSTRUCTIONS. Document filed by Lexington Furniture Industries, Inc...(Newberg, Brad) (Entered: 04/30/2021) |
| 04/30/2021 | 123 | NOTICE of PROPOSED VERDICT FORM. Document filed by Lexington Furniture Industries, Inc...(Newberg, Brad) (Entered: 04/30/2021) |
| 04/30/2021 | 124 | MOTION in Limine . Document filed by Lexington Furniture Industries, Inc...(Newberg, Brad) (Entered: 04/30/2021) |

| 04/30/2021 | 125 | MEMORANDUM OF LAW in Support re: 124 MOTION in Limine . . Document filed by Lexington Furniture Industries, Inc...(Newberg, Brad) (Entered: 04/30/2021) |
|---|---|---|
| 04/30/2021 | 126 | DECLARATION of Matthew W. Cornelia in Support re: 124 MOTION in Limine .. Document filed by Lexington Furniture Industries, Inc.. (Attachments: # 1 Exhibit 1 – LCC's Interrogatory Responses, # 2 Exhibit 2 – LCC's Supplemental Interrogatory Responses, # 3 Exhibit 3 – Deposition of T. Lindhe (Excerpts), # 4 Exhibit 4 – LCC's Rule 26 Disclosures).(Newberg, Brad) (Entered: 04/30/2021) |
| 05/19/2021 | 127 | LETTER MOTION for Extension of Time *of Pre−Trial Submission Deadlines* addressed to Judge P. Kevin Castel from Timothy D. Pecsenye dated 5/19/21. Document filed by The Lexington Company, AB..(Pecsenye, Timothy) (Entered: 05/19/2021) |
| 05/19/2021 | 128 | ORDER: granting 127 Letter Motion for Extension of Time. The submissions required by paragraph 2 of the Order of March 23, 2021 (Doc. 116) are due June 3, 2021. The submission required by paragraph 3 are due June 18, 2021. The Final Pretrial Conference is adjourned to June 29, 2021 at 4:00 p.m. in Courtroom 11D. SO ORDERED. Motions due by 6/3/2021. (Signed by Judge P. Kevin Castel on 5/19/2021) (ama) (Entered: 05/19/2021) |
| 05/19/2021 | | Set/Reset Deadlines: ( Responses due by 6/18/2021), Set/Reset Hearings:( Final Pretrial Conference set for 6/29/2021 at 04:00 PM in Courtroom 11D, 500 Pearl Street, New York, NY 10007 before Judge P. Kevin Castel.) (ama) (Entered: 05/19/2021) |
| 05/21/2021 | 129 | LETTER MOTION for Discovery *(Motion to Strike)* addressed to Judge P. Kevin Castel from Brad R. Newberg dated 5/21/2021. Document filed by Lexington Furniture Industries, Inc.. (Attachments: # 1 Exhibit A – Email Transmitting Late Discovery, # 2 Exhibit B – LCC's Late Rule 26 Disclosures, # 3 Exhibit C – LCC's Late Interrogatory Supplement).(Newberg, Brad) (Entered: 05/21/2021) |
| 05/25/2021 | 130 | LETTER RESPONSE in Opposition to Motion addressed to Judge P. Kevin Castel from Timothy D. Pecsenye dated 05/25/2021 re: 129 LETTER MOTION for Discovery *(Motion to Strike)* addressed to Judge P. Kevin Castel from Brad R. Newberg dated 5/21/2021. . Document filed by The Lexington Company, AB..(Pecsenye, Timothy) (Entered: 05/25/2021) |
| 05/26/2021 | 131 | LETTER MOTION for Discovery *(Reply on Motion to Strike)* addressed to Judge P. Kevin Castel from Brad R. Newberg dated 5/26/2021. Document filed by Lexington Furniture Industries, Inc...(Newberg, Brad) (Entered: 05/26/2021) |
| 05/27/2021 | 132 | OPINION AND ORDER: re: 129 LETTER MOTION for Discovery (Motion to Strike addressed to Judge P. Kevin Castel from Brad R. Newberg dated 5/21/2021. filed by Lexington Furniture Industries, Inc., 131 LETTER MOTION for Discovery (Reply on Motion to Strike) addressed to Judge P. Kevin Castel from Brad R. Newberg dated 5/26/2021. filed by Lexington Furniture Industries, Inc. The Court concludes that the failure to list Ms. Lindhe during the discoveryperiod is not "substantially justified or harmless." Rule 37(c)(1), Fed. R. Civ. P. Any claim that there is an injustice in not letting defendant's CEO testify at trial is baseless; as noted, Ms. Lindhe was never listed as a person whose testimony may be used at trial in defendant's initial disclosures which were due on September 27, 2019 and never listed at any other time through the close of discovery on February 14, 2020. The supplemented disclosure listing Ms. Lindhe was made on May 19, 2021 during the preparation of final pretrial submissions and with the Joint Pretrial Order due in three weeks. There is no claim by defendant that this was a mistake or oversight or anything other than a strategic decision.The motions (Docs 129 & 131) of plaintiff are granted to the limited extent of precluding Ms. Lindhe's trial testimony in defendant's case in chief. Nothing in this Opinion and Order limits the testimony of Mr. Lindhe, the COO, on any claim or defense in this case or defendant's right to object to any of plaintiff's evidence. The Clerk is directed to terminate the motions. (Docs 129 & 131). SO ORDERED. (Signed by Judge P. Kevin Castel on 5/27/2021) (ama) (Entered: 05/27/2021) |
| 06/03/2021 | 133 | DECLARATION of Timothy D. Pecsenye in Opposition re: 124 MOTION in Limine .. Document filed by The Lexington Company, AB. (Attachments: # 1 Exhibit A – Discovery Dispute Letters to Court, # 2 Exhibit B – Court's Order Following Discovery Conference, # 3 Exhibit C – LLC's Am Responses to Plaintiff's Second Set of Interrogatories, # 4 Exhibit D – Stamper Deposition Transcript |

| | | |
|---|---|---|
| | | Excerpts).(Pecsenye, Timothy) (Entered: 06/03/2021) |
| 06/03/2021 | 134 | MEMORANDUM OF LAW in Opposition re: 124 MOTION in Limine . . Document filed by The Lexington Company, AB..(Pecsenye, Timothy) (Entered: 06/03/2021) |
| 06/03/2021 | 135 | MOTION in Limine *to Exclude Argument, Evidence, and Testimony Contradicting the Court's Interpretation of the Parties' Settlement Agreement*. Document filed by The Lexington Company, AB..(Pecsenye, Timothy) (Entered: 06/03/2021) |
| 06/03/2021 | 136 | MEMORANDUM OF LAW in Support re: 135 MOTION in Limine *to Exclude Argument, Evidence, and Testimony Contradicting the Court's Interpretation of the Parties' Settlement Agreement*. . Document filed by The Lexington Company, AB..(Pecsenye, Timothy) (Entered: 06/03/2021) |
| 06/03/2021 | 137 | MOTION in Limine *to Exclude Arguments, Evidence and Testimony Relating to Untimely Documents*. Document filed by The Lexington Company, AB..(Pecsenye, Timothy) (Entered: 06/03/2021) |
| 06/03/2021 | 138 | DECLARATION of Timothy D. Pecsenye in Support re: 137 MOTION in Limine *to Exclude Arguments, Evidence and Testimony Relating to Untimely Documents*.. Document filed by The Lexington Company, AB. (Attachments: # 1 Exhibit A–1 – Untimely Documents, # 2 Exhibit A–2 – Untimely Documents, # 3 Exhibit A–3 – Untimely Documents, # 4 Exhibit B – LLC's Requests for Production).(Pecsenye, Timothy) (Entered: 06/03/2021) |
| 06/03/2021 | 139 | MEMORANDUM OF LAW in Support re: 137 MOTION in Limine *to Exclude Arguments, Evidence and Testimony Relating to Untimely Documents*. . Document filed by The Lexington Company, AB..(Pecsenye, Timothy) (Entered: 06/03/2021) |
| 06/03/2021 | 140 | MOTION in Limine *to Exclude Arguments, Evidence, and Testimony Relating to Plaintiff's Previously Dismissed Claims Regarding Perigold/Wayfair*. Document filed by The Lexington Company, AB..(Pecsenye, Timothy) (Entered: 06/03/2021) |
| 06/03/2021 | 141 | DECLARATION of Timothy D. Pecsenye in Support re: 140 MOTION in Limine *to Exclude Arguments, Evidence, and Testimony Relating to Plaintiff's Previously Dismissed Claims Regarding Perigold/Wayfair*.. Document filed by The Lexington Company, AB. (Attachments: # 1 Exhibit A– Perigold Wayfair Materials, # 2 Exhibit B – Perigold Wayfair Materials, # 3 Exhibit C – Perigold Wayfair Materials).(Pecsenye, Timothy) (Entered: 06/03/2021) |
| 06/03/2021 | 142 | MEMORANDUM OF LAW in Support re: 140 MOTION in Limine *to Exclude Arguments, Evidence, and Testimony Relating to Plaintiff's Previously Dismissed Claims Regarding Perigold/Wayfair*. . Document filed by The Lexington Company, AB..(Pecsenye, Timothy) (Entered: 06/03/2021) |
| 06/03/2021 | 143 | MOTION in Limine *to Exclude Argument, Evidence, and Testimony Relating to the Trademark Trial and Appeal Board Proceeding*. Document filed by The Lexington Company, AB..(Pecsenye, Timothy) (Entered: 06/03/2021) |
| 06/03/2021 | 144 | DECLARATION of Timothy D. Pecsenye in Support re: 143 MOTION in Limine *to Exclude Argument, Evidence, and Testimony Relating to the Trademark Trial and Appeal Board Proceeding*.. Document filed by The Lexington Company, AB. (Attachments: # 1 Exhibit A – TTAB Decision, # 2 Exhibit B – TTAB Order, # 3 Exhibit C – Federal Circuit Order, # 4 Exhibit D – Plaintiff's Fourth Notice of Reliance, # 5 Exhibit E – Petition for Cancellation before TTAB, # 6 Exhibit F – TTAB Opinion, # 7 Exhibit G – Excerpts from Deposition of Defendant).(Pecsenye, Timothy) (Entered: 06/03/2021) |
| 06/03/2021 | 145 | MEMORANDUM OF LAW in Support re: 143 MOTION in Limine *to Exclude Argument, Evidence, and Testimony Relating to the Trademark Trial and Appeal Board Proceeding*. . Document filed by The Lexington Company, AB..(Pecsenye, Timothy) (Entered: 06/03/2021) |
| 06/03/2021 | 146 | MOTION in Limine *to Exclude Argument, Evidence, and Testimony Relating to Certain Irrelevant Instances of Media Coverage*. Document filed by The Lexington Company, AB..(Pecsenye, Timothy) (Entered: 06/03/2021) |

| | | |
|---|---|---|
| 06/03/2021 | 147 | DECLARATION of Timothy D. Pecsenye in Support re: 146 MOTION in Limine *to Exclude Argument, Evidence, and Testimony Relating to Certain Irrelevant Instances of Media Coverage.*. Document filed by The Lexington Company, AB. (Attachments: # 1 Exhibit A – Home Refinery & Sofa Fine Ads, # 2 Exhibit B – Luxe & Traditional Home Ads, # 3 Exhibit C, Part 1 – Safavieh Ads, # 4 Exhibit C, Part 2 – Safavieh Ads, # 5 Exhibit D – Safavieh Ads, # 6 Exhibit E – Safavieh Ads, # 7 Exhibit F – Traditional Home Ads, # 8 Exhibit G – Architectural Digest Ad, # 9 Exhibit H – Safavieh Ads, # 10 Exhibit I – Traditional Home Article, # 11 Exhibit J – Safavieh Article and Ad, # 12 Exhibit K – Luxe Ads, # 13 Exhibit L – Architectural Digest Instragram Post, # 14 Exhibit M – Soda Fine Article).(Pecsenye, Timothy) (Entered: 06/03/2021) |
| 06/03/2021 | 148 | **FILING ERROR – DEFICIENT DOCKET ENTRY (SEE DOCUMENT #165) –** MEMORANDUM OF LAW in Support re: 146 MOTION in Limine *to Exclude Argument, Evidence, and Testimony Relating to Certain Irrelevant Instances of Media Coverage.* . Document filed by The Lexington Company, AB..(Pecsenye, Timothy) Modified on 6/4/2021 (ldi). (Entered: 06/03/2021) |
| 06/03/2021 | 149 | MOTION in Limine *to Exclude Argument, Evidence, and Testimony Relating to Certain Irrelevant or Inadmissible Instances of Alleged Confusion*. Document filed by The Lexington Company, AB..(Pecsenye, Timothy) (Entered: 06/03/2021) |
| 06/03/2021 | 150 | DECLARATION of Timothy D. Pecsenye in Support re: 149 MOTION in Limine *to Exclude Argument, Evidence, and Testimony Relating to Certain Irrelevant or Inadmissible Instances of Alleged Confusion.*. Document filed by The Lexington Company, AB. (Attachments: # 1 Exhibit A – Excerpts from Plaintiff's Deposition, # 2 Exhibit B – Rogers Hearsay Statement, # 3 Exhibit C – Outdated Evidence Non–US Consumer).(Pecsenye, Timothy) (Entered: 06/03/2021) |
| 06/03/2021 | 151 | MEMORANDUM OF LAW in Support re: 149 MOTION in Limine *to Exclude Argument, Evidence, and Testimony Relating to Certain Irrelevant or Inadmissible Instances of Alleged Confusion.* . Document filed by The Lexington Company, AB..(Pecsenye, Timothy) (Entered: 06/03/2021) |
| 06/03/2021 | 152 | MOTION in Limine *to Exclude Arguments, Evidence, and Testimony Relating to Certain Alleged Evidence of Bad Faith*. Document filed by The Lexington Company, AB..(Pecsenye, Timothy) (Entered: 06/03/2021) |
| 06/03/2021 | 153 | DECLARATION of Timothy D. Pecsenye in Support re: 152 MOTION in Limine *to Exclude Arguments, Evidence, and Testimony Relating to Certain Alleged Evidence of Bad Faith.*. Document filed by The Lexington Company, AB. (Attachments: # 1 Exhibit A – Lindle Deposition Excerpts).(Pecsenye, Timothy) (Entered: 06/03/2021) |
| 06/03/2021 | 154 | MEMORANDUM OF LAW in Support re: 152 MOTION in Limine *to Exclude Arguments, Evidence, and Testimony Relating to Certain Alleged Evidence of Bad Faith.* . Document filed by The Lexington Company, AB..(Pecsenye, Timothy) (Entered: 06/03/2021) |
| 06/03/2021 | 155 | MOTION in Limine *to Exclude Arguments, Evidence, and Testimony Related to Fraudulent Materials*. Document filed by The Lexington Company, AB..(Pecsenye, Timothy) (Entered: 06/03/2021) |
| 06/03/2021 | 156 | DECLARATION of Timothy D. Pecsenye in Support re: 155 MOTION in Limine *to Exclude Arguments, Evidence, and Testimony Related to Fraudulent Materials.*. Document filed by The Lexington Company, AB. (Attachments: # 1 Exhibit A – Fraudulent Materials, # 2 Exhibit B – E–Mail to Plaintiff's Counsel, # 3 Exhibit C – E–Mail to LLC's Counsel, # 4 Exhibit D – Nassif Group Website, # 5 Exhibit E – COVID–19 Articles).(Pecsenye, Timothy) (Entered: 06/03/2021) |
| 06/03/2021 | 157 | MEMORANDUM OF LAW in Support re: 155 MOTION in Limine *to Exclude Arguments, Evidence, and Testimony Related to Fraudulent Materials.* . Document filed by The Lexington Company, AB..(Pecsenye, Timothy) (Entered: 06/03/2021) |
| 06/03/2021 | 158 | MOTION in Limine *to Exclude Arguments, Evidence, and Testimony Relating to Damages Sought by Plaintiff*. Document filed by The Lexington Company, AB..(Pecsenye, Timothy) (Entered: 06/03/2021) |

| 06/03/2021 | 159 | MEMORANDUM OF LAW in Support re: 158 MOTION in Limine *to Exclude Arguments, Evidence, and Testimony Relating to Damages Sought by Plaintiff*. . Document filed by The Lexington Company, AB..(Pecsenye, Timothy) (Entered: 06/03/2021) |
| 06/03/2021 | 160 | MOTION in Limine *to Exclude Plaintiff's Unjust Enrichment Claim*. Document filed by The Lexington Company, AB..(Pecsenye, Timothy) (Entered: 06/03/2021) |
| 06/03/2021 | 161 | MEMORANDUM OF LAW in Support re: 160 MOTION in Limine *to Exclude Plaintiff's Unjust Enrichment Claim*. . Document filed by The Lexington Company, AB..(Pecsenye, Timothy) (Entered: 06/03/2021) |
| 06/03/2021 | 162 | PROPOSED VOIR DIRE QUESTIONS. Document filed by The Lexington Company, AB..(Pecsenye, Timothy) (Entered: 06/03/2021) |
| 06/03/2021 | 163 | PROPOSED JURY INSTRUCTIONS. Document filed by The Lexington Company, AB..(Pecsenye, Timothy) (Entered: 06/03/2021) |
| 06/03/2021 | 164 | NOTICE of Proposed Verdict Sheet. Document filed by The Lexington Company, AB..(Pecsenye, Timothy) (Entered: 06/03/2021) |
| 06/04/2021 | 165 | MEMORANDUM OF LAW in Support re: 146 MOTION in Limine *to Exclude Argument, Evidence, and Testimony Relating to Certain Irrelevant Instances of Media Coverage*. . Document filed by The Lexington Company, AB..(Pecsenye, Timothy) (Entered: 06/04/2021) |
| 06/10/2021 | 166 | MOTION for Jillian M. Taylor to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−24655870. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by The Lexington Company, AB..(Taylor, Jillian) (Entered: 06/10/2021) |
| 06/10/2021 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 166 MOTION for Jillian M. Taylor to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−24655870. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (wb)** (Entered: 06/10/2021) |
| 06/11/2021 | 167 | ORDER granting 166 Motion for Jillian M. Taylor to Appear Pro Hac Vice (HEREBY ORDERED by Judge P. Kevin Castel)(Text Only Order) (Nacanther, Florence) (Entered: 06/11/2021) |
| 06/14/2021 | 168 | NOTICE OF APPEARANCE by Samar Aryani−Sabet on behalf of The Lexington Company, AB..(Aryani−Sabet, Samar) (Entered: 06/14/2021) |
| 06/14/2021 | 169 | NOTICE OF APPEARANCE by Jillian Taylor on behalf of The Lexington Company, AB..(Taylor, Jillian) (Entered: 06/14/2021) |
| 06/17/2021 | 170 | ORDER: The conference scheduled for June 29, 2021 is adjourned to July 21, 2021 at 3:00 p.m. in Courtroom 11D. SO ORDERED., ( Final Pretrial Conference set for 7/21/2021 at 03:00 PM in Courtroom 11D, 500 Pearl Street, New York, NY 10007 before Judge P. Kevin Castel.) (Signed by Judge P. Kevin Castel on 6/17/2021) (ama) (Entered: 06/17/2021) |
| 06/18/2021 | 171 | MEMORANDUM OF LAW in Opposition re: 135 MOTION in Limine *to Exclude Argument, Evidence, and Testimony Contradicting the Court's Interpretation of the Parties' Settlement Agreement*. . Document filed by Lexington Furniture Industries, Inc...(Newberg, Brad) (Entered: 06/18/2021) |
| 06/18/2021 | 172 | MEMORANDUM OF LAW in Opposition re: 140 MOTION in Limine *to Exclude Arguments, Evidence, and Testimony Relating to Plaintiff's Previously Dismissed Claims Regarding Perigold/Wayfair*. . Document filed by Lexington Furniture Industries, Inc...(Newberg, Brad) (Entered: 06/18/2021) |
| 06/18/2021 | 173 | MEMORANDUM OF LAW in Opposition re: 158 MOTION in Limine *to Exclude Arguments, Evidence, and Testimony Relating to Damages Sought by Plaintiff*. . Document filed by Lexington Furniture Industries, Inc...(Newberg, Brad) (Entered: 06/18/2021) |

| | | |
|---|---|---|
| 06/18/2021 | <u>174</u> | MEMORANDUM OF LAW in Opposition re: <u>152</u> MOTION in Limine *to Exclude Arguments, Evidence, and Testimony Relating to Certain Alleged Evidence of Bad Faith*. . Document filed by Lexington Furniture Industries, Inc...(Newberg, Brad) (Entered: 06/18/2021) |
| 06/18/2021 | <u>175</u> | MEMORANDUM OF LAW in Opposition re: <u>160</u> MOTION in Limine *to Exclude Plaintiff's Unjust Enrichment Claim*. . Document filed by Lexington Furniture Industries, Inc...(Newberg, Brad) (Entered: 06/18/2021) |
| 06/18/2021 | <u>176</u> | MEMORANDUM OF LAW in Opposition re: <u>155</u> MOTION in Limine *to Exclude Arguments, Evidence, and Testimony Related to Fraudulent Materials*. . Document filed by Lexington Furniture Industries, Inc...(Newberg, Brad) (Entered: 06/18/2021) |
| 06/18/2021 | <u>177</u> | CONSENT LETTER MOTION to Adjourn Conference addressed to Judge P. Kevin Castel from Timothy Pecsenye dated 6/18/21. Document filed by The Lexington Company, AB..(Pecsenye, Timothy) (Entered: 06/18/2021) |
| 06/18/2021 | <u>178</u> | MEMORANDUM OF LAW in Opposition re: <u>149</u> MOTION in Limine *to Exclude Argument, Evidence, and Testimony Relating to Certain Irrelevant or Inadmissible Instances of Alleged Confusion*. . Document filed by Lexington Furniture Industries, Inc...(Newberg, Brad) (Entered: 06/18/2021) |
| 06/18/2021 | <u>179</u> | MEMORANDUM OF LAW in Opposition re: <u>143</u> MOTION in Limine *to Exclude Argument, Evidence, and Testimony Relating to the Trademark Trial and Appeal Board Proceeding*. . Document filed by Lexington Furniture Industries, Inc.. (Attachments: # <u>1</u> Declaration of Newberg, # <u>2</u> Exhibit A – LEX003344–LEX003346, # <u>3</u> Exhibit B Part 1 – Examples of documents on Defendants exhibit list, # <u>4</u> Exhibit B Part 2 – Examples of documents on Defendants exhibit list, # <u>5</u> Exhibit B Part 3 – Examples of documents on Defendants exhibit list, # <u>6</u> Exhibit B Part 4 – Examples of documents on Defendants exhibit list, # <u>7</u> Exhibit B Part 5 – Examples of documents on Defendants exhibit list, # <u>8</u> Exhibit C – Excerpts from Final Jury Instructions filed in Patsys Italian Restaurant, Inc. v. Banas).(Newberg, Brad) (Entered: 06/18/2021) |
| 06/18/2021 | <u>180</u> | MEMORANDUM OF LAW in Opposition re: <u>137</u> MOTION in Limine *to Exclude Arguments, Evidence and Testimony Relating to Untimely Documents*. . Document filed by Lexington Furniture Industries, Inc.. (Attachments: # <u>1</u> Declaration of Newberg, # <u>2</u> Exhibit A – LEX006400, # <u>3</u> Exhibit B – LEX001664–LEX001672, # <u>4</u> Exhibit C – LEX006932–LEX006950, LEX006951–LEX006968, # <u>5</u> Exhibit D – Correspondence 2/13/20, # <u>6</u> Exhibit D – Correspondence dated 2/13/20, # <u>7</u> Exhibit E – LEX006345, LEX001841–LEX001842 and LEX001845–LEX001846, # <u>8</u> Exhibit F Part 1 – LEX001740–LEX001755, LEX001860–LEX002436 and LEX006346, # <u>9</u> Exhibit F Part 2 – LEX001740–LEX001755, LEX001860–LEX002436 and LEX006346, # <u>10</u> Exhibit F Part 3 – LEX001740–LEX001755, LEX001860–LEX002436 and LEX006346, # <u>11</u> Exhibit F Part 4 – LEX001740–LEX001755, LEX001860–LEX002436 and LEX006346, # <u>12</u> Exhibit F Part 5 – LEX001740–LEX001755, LEX001860–LEX002436 and LEX006346, # <u>13</u> Exhibit F Part 6 – LEX001740–LEX001755, LEX001860–LEX002436 and LEX006346, # <u>14</u> Exhibit F Part 7 – LEX001740–LEX001755, LEX001860–LEX002436 and LEX006346, # <u>15</u> Exhibit F Part 8 – LEX001740–LEX001755, LEX001860–LEX002436 and LEX006346, # <u>16</u> Exhibit F Part 9 – LEX001740–LEX001755, LEX001860–LEX002436 and LEX006346, # <u>17</u> Exhibit F Part 10 – LEX001740–LEX001755, LEX001860–LEX002436 and LEX006346, # <u>18</u> Exhibit F Part 11 – LEX001740–LEX001755, LEX001860–LEX002436 and LEX006346, # <u>19</u> Exhibit F Part 12 – LEX001740–LEX001755, LEX001860–LEX002436 and LEX006346, # <u>20</u> Exhibit F Part 13 – LEX001740–LEX001755, LEX001860–LEX002436 and LEX006346, # <u>21</u> Exhibit F Part 14 – LEX001740–LEX001755, LEX001860–LEX002436 and LEX006346, # <u>22</u> Exhibit F Part 15 – LEX001740–LEX001755, LEX001860–LEX002436 and LEX006346, # <u>23</u> Exhibit F Part 16 – LEX001740–LEX001755, LEX001860–LEX002436 and LEX006346, # <u>24</u> Exhibit F Part 17 – LEX001740–LEX001755, LEX001860–LEX002436 and LEX006346, # <u>25</u> Exhibit F Part 18 – LEX001740–LEX001755, LEX001860–LEX002436 and LEX006346, # <u>26</u> Exhibit F Part 19 – LEX001740–LEX001755, LEX001860–LEX002436 and LEX006346, # <u>27</u> Exhibit F Part 20 – LEX001740–LEX001755, LEX001860–LEX002436 and LEX006346, # <u>28</u> Exhibit F Part 21 – LEX001740–LEX001755, LEX001860–LEX002436 and |

| | | |
|---|---|---|
| | | LEX006346, # 29 Exhibit F Part 22 – LEX001740–LEX001755, LEX001860–LEX002436 and LEX006346, # 30 Exhibit F Part 23 – LEX001740–LEX001755, LEX001860–LEX002436 and LEX006346, # 31 Exhibit F Part 24 – LEX001740–LEX001755, LEX001860–LEX002436 and LEX006346, # 32 Exhibit F Part 25 – LEX001740–LEX001755, LEX001860–LEX002436 and LEX006346, # 33 Exhibit F Part 26 – LEX001740–LEX001755, LEX001860–LEX002436 and LEX006346, # 34 Exhibit F Part 27 – LEX001740–LEX001755, LEX001860–LEX002436 and LEX006346, # 35 Exhibit G – LEX001756–LEX001760 and LEX001839–LEX001840, # 36 Exhibit H Part 1 – LEX006520–LEX006528, # 37 Exhibit H Part 2 – LEX006520–LEX006528, # 38 Exhibit I Part 1 – LEX001595–LEX001617, LEX001860–LEX002436, and LEX006270– LEX006276, # 39 Exhibit I Part 2 – LEX001595–LEX001617, LEX001860–LEX002436, and LEX006270– LEX006276, # 40 Exhibit I Part 3 – LEX001595–LEX001617, LEX001860–LEX002436, and LEX006270– LEX006276, # 41 Exhibit I Part 4 – LEX001595–LEX001617, LEX001860–LEX002436, and LEX006270– LEX006276, # 42 Exhibit I Part 5 – LEX001595–LEX001617, LEX001860–LEX002436, and LEX006270– LEX006276, # 43 Exhibit I Part 6 – LEX001595–LEX001617, LEX001860–LEX002436, and LEX006270– LEX006276, # 44 Exhibit I Part 7 – LEX001595–LEX001617, LEX001860–LEX002436, and LEX006270– LEX006276, # 45 Exhibit I Part 8 – LEX001595–LEX001617, LEX001860–LEX002436, and LEX006270– LEX006276, # 46 Exhibit I Part 9 – LEX001595–LEX001617, LEX001860–LEX002436, and LEX006270– LEX006276, # 47 Exhibit I Part 10 – LEX001595–LEX001617, LEX001860–LEX002436, and LEX006270– LEX006276, # 48 Exhibit I Part 11 – LEX001595–LEX001617, LEX001860–LEX002436, and LEX006270– LEX006276, # 49 Exhibit I Part 12 – LEX001595–LEX001617, LEX001860–LEX002436, and LEX006270– LEX006276, # 50 Exhibit I Part 13 – LEX001595–LEX001617, LEX001860–LEX002436, and LEX006270– LEX006276, # 51 Exhibit I Part 14 – LEX001595–LEX001617, LEX001860–LEX002436, and LEX006270– LEX006276, # 52 Exhibit I Part 15 – LEX001595–LEX001617, LEX001860–LEX002436, and LEX006270– LEX006276, # 53 Exhibit I Part 16 – LEX001595–LEX001617, LEX001860–LEX002436, and LEX006270– LEX006276, # 54 Exhibit I Part 17 – LEX001595–LEX001617, LEX001860–LEX002436, and LEX006270– LEX006276, # 55 Exhibit I Part 18 – LEX001595–LEX001617, LEX001860–LEX002436, and LEX006270– LEX006276, # 56 Exhibit I Part 19 – LEX001595–LEX001617, LEX001860–LEX002436, and LEX006270– LEX006276, # 57 Exhibit I Part 20 – LEX001595–LEX001617, LEX001860–LEX002436, and LEX006270– LEX006276, # 58 Exhibit I Part 21 – LEX001595–LEX001617, LEX001860–LEX002436, and LEX006270– LEX006276, # 59 Exhibit I Part 22 – LEX001595–LEX001617, LEX001860–LEX002436, and LEX006270– LEX006276, # 60 Exhibit I Part 23 – LEX001595–LEX001617, LEX001860–LEX002436, and LEX006270– LEX006276, # 61 Exhibit I Part 24 – LEX001595–LEX001617, LEX001860–LEX002436, and LEX006270– LEX006276, # 62 Exhibit I Part 25 – LEX001595–LEX001617, LEX001860–LEX002436, and LEX006270– LEX006276, # 63 Exhibit I Part 26 – LEX001595–LEX001617, LEX001860–LEX002436, and LEX006270– LEX006276, # 64 Exhibit I Part 27 – LEX001595–LEX001617, LEX001860–LEX002436, and LEX006270– LEX006276, # 65 Exhibit I Part 28 – LEX001595–LEX001617, LEX001860–LEX002436, and LEX006270– LEX006276, # 66 Exhibit I Part 29 – LEX001595–LEX001617, LEX001860–LEX002436, and LEX006270– LEX006276, # 67 Exhibit I Part 30 – LEX001595–LEX001617, LEX001860–LEX002436, and LEX006270– LEX006276, # 68 Exhibit I Part 31 – LEX001595–LEX001617, LEX001860–LEX002436, and LEX006270– LEX006276, # 69 Exhibit J – Plainitffs Initial Disclosures, # 70 Exhibit K – LEX006322–LEX006326 and LEX006330–LEX006347).(Newberg, Brad) (Entered: 06/18/2021) |
| 06/18/2021 | 181 | MEMORANDUM OF LAW in Opposition re: 146 MOTION in Limine *to Exclude Argument, Evidence, and Testimony Relating to Certain Irrelevant Instances of Media Coverage.* . Document filed by Lexington Furniture Industries, Inc...(Newberg, Brad) (Entered: 06/18/2021) |
| 06/18/2021 | 182 | PRETRIAL STATEMENT *(Joint Proposed Pre–Trial Order).* Document filed by Lexington Furniture Industries, Inc.. (Attachments: # 1 Exhibit A – Lexington's Trial Witness List, # 2 Exhibit B – Lexington's Depo Designations, # 3 Exhibit C – LCC's Witness List, # 4 Exhibit D – LCC's Depo Designations, # 5 Exhibit E – Lexington's Exhibit List, # 6 Exhibit F – LCC's Exhibit List).(Newberg, Brad) (Entered: |

| | | 06/18/2021) |
|---|---|---|
| 06/22/2021 | 183 | CONSENT LETTER addressed to Judge P. Kevin Castel from Timothy D. Pecsenye dated 6/22/21 re: Replacement Exhibit D to the Final Pre−Trial Order. Document filed by The Lexington Company, AB. (Attachments: # 1 Exhibit A − Revised Exhibit D to Proposed Final Pre−Trial Order).(Pecsenye, Timothy) (Entered: 06/22/2021) |
| 06/22/2021 | 184 | ORDER granting 177 Letter Motion to Adjourn Conference. The Final Pre−Trial Conference is adjourned to August 31, 2021 at 3:30 PM. SO ORDERED. Final Pretrial Conference set for 8/31/2021 at 03:30 PM before Judge P. Kevin Castel. (Signed by Judge P. Kevin Castel on 6/22/2021) (va) (Entered: 06/22/2021) |
| 07/29/2021 | 185 | NOTICE OF APPEARANCE by Michael Lawrence Simes on behalf of Lexington Furniture Industries, Inc...(Simes, Michael) (Entered: 07/29/2021) |
| 07/29/2021 | 186 | MOTION for Brad R. Newberg to Withdraw as Attorney . Document filed by Lexington Furniture Industries, Inc.. (Attachments: # 1 Proposed Order).(Wheatley, Lucy) (Entered: 07/29/2021) |
| 08/05/2021 | 187 | ORDER granting 186 Motion to Withdraw as Attorney. Upon the letter−motion from Lucy Jewett Wheatley, Esq. (counsel of record for Plaintiff Lexington Furniture Industries, Inc. d/b/a Lexington Home Brands ("Plaintiff")), dated July 29, 2021, the application for the withdrawal of Brad R. Newberg as counsel for Plaintiff in the above captioned matter is hereby GRANTED. So Ordered. Attorney Brad Richard Newberg terminated. (Signed by Judge P. Kevin Castel on 8/5/2021) (js) (Entered: 08/05/2021) |
| 08/31/2021 | | Minute Entry for proceedings held before Judge P. Kevin Castel: Final Pretrial Conference held on 8/31/2021, Motion(s) terminated: 124, 135, 137, 140, 143, 146, 149, 152, 155, 158, 160. Appearing for plaintiff: Lucy Jewett Wheatley. Appearing for defendant: Timothy D. Pecsenye. Law Clerk, Trevor Obryan. Plaintiffs first motion in limine (Doc 124) is denied as moot, except with respect to Interrogatory #13, which is denied without prejudice and plaintiff may object at trial to the extent the issue arises. Plaintiffs second motion in limine (Doc 124) is denied as moot. Defendants first motion in limine (Doc 135) is denied as moot, though no party shall be permitted to offer argument or evidence in contradiction of the Courts construction of the Settlement Agreement. Defendants second motion in limine (Doc 140) is denied as moot. Defendants third motion in limine (Doc 137) is denied. Defendants fourth motion in limine (Doc 143) is granted with respect to the decision of the TTAB proceeding, though the judgment in the cancellation proceeding may be admitted without objection from defendant. Defendants fifth motion in limine (Doc 146) is denied as moot. Defendants sixth motion in limine (Doc 149) is denied, except that the Court, at the parties request, will give a limiting instruction that the relevant statements may be admitted to show the consumer belief but may not be admitted to show the truth of statements themselves. Defendants seventh motion in limine (Doc 152) is granted. Defendants eighth motion in limine (Doc 155) is granted. Defendants ninth (Doc 158) and tenth (Doc 160) motions in limine are denied without prejudice. Defendant is to provide comments on plaintiffs proposed verdict sheet within 21 days. See transcript. (Court Reporter Sam Mauro) (Nacanther, Florence) (Entered: 08/31/2021) |
| 10/05/2021 | 188 | TRANSCRIPT of Proceedings re: CONFERENCE held on 8/31/2021 before Judge P. Kevin Castel. Court Reporter/Transcriber: Samuel Mauro, (212) 805−0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 10/26/2021. Redacted Transcript Deadline set for 11/5/2021. Release of Transcript Restriction set for 1/3/2022..(Moya, Goretti) (Entered: 10/05/2021) |
| 10/05/2021 | 189 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a CONFERENCE proceeding held on 8/31/21 has been filed by the court reporter/transcriber in the above−captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days....(Moya, Goretti) (Entered: 10/05/2021) |

| | | |
|---|---|---|
| 12/01/2021 | 190 | ORDER: Trial is set for the week of January 24, 2022. The Court will advise the parties of the actual date and time for jury selection when it becomes known. SO ORDERED., ( Ready for Trial by 1/24/2022.) (Signed by Judge P. Kevin Castel on 12/01/2021) (ama) (Entered: 12/01/2021) |
| 01/10/2022 | 191 | JOINT LETTER addressed to Judge P. Kevin Castel from Lucy J. Wheatley and Timothy Pecsenye dated 01/10/2022 re: Trial Date. Document filed by Lexington Furniture Industries, Inc...(Wheatley, Lucy) (Entered: 01/10/2022) |
| 01/11/2022 | 192 | MEMO ENDORSEMENT: on re: 191 Letter filed by Lexington Furniture Industries, Inc. ENDORSEMENT: The trial of this action has advanced to the first back–up to USA v. Sadleir, 20 cv 320 (PAE) on January 26, 2022 at 9:30 a.m. SO ORDERED., ( Jury Trial set for 1/26/2022 at 09:30 AM before Judge P. Kevin Castel.) (Signed by Judge P. Kevin Castel on 1/11/2022) (ama) (Entered: 01/11/2022) |
| 01/12/2022 | 193 | ORDER: The Court is pleased to report that if the trial of 20 cr. 320(PAE) proceeds on January 26, 2022 as scheduled, then jury selection in this action will commence on January 27, 2022 at 9:30 am in Courtroom 11D. Opening statements and witnesses will follow immediately. SO ORDERED., ( Ready for Trial by 1/26/2022., Jury Selection set for 1/27/2022 at 09:30 AM in Courtroom 11D, 500 Pearl Street, New York, NY 10007 before Judge P. Kevin Castel.) (Signed by Judge P. Kevin Castel on 1/11/2022) (ama) (Entered: 01/12/2022) |
| 01/14/2022 | 194 | **FILING ERROR – DEFICIENT DOCKET ENTRY** – MOTION for Blake D. Fink to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–25587694. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by The Lexington Company, AB..(Fink, Blake) Modified on 1/18/2022 (wb). (Entered: 01/14/2022) |
| 01/18/2022 | | **>>>NOTICE REGARDING DEFICIENT MOTION TO APPEAR PRO HAC VICE. Notice to RE–FILE Document No. 194 MOTION for Blake D. Fink to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–25587694. Motion and supporting papers to be reviewed by Clerk's Office staff... The filing is deficient for the following reason(s): Affidavit is not notarized.;. Re–file the motion as a Motion to Appear Pro Hac Vice – attach the correct signed PDF – select the correct named filer/filers – attach valid Certificates of Good Standing issued within the past 30 days – attach Proposed Order.. (wb)** (Entered: 01/18/2022) |
| 01/19/2022 | 195 | LETTER addressed to Judge P. Kevin Castel from Lucy J. Wheatley dated 01/19/2022 re: Permission for Plaintiff to bring physical exhibits to courtroom for trial. Document filed by Lexington Furniture Industries, Inc...(Wheatley, Lucy) (Entered: 01/19/2022) |
| 01/19/2022 | 196 | **FILING ERROR – ELECTRONIC FILING OF NON–ECF DOCUMENT** – PROPOSED ORDER. Document filed by Lexington Furniture Industries, Inc.. Related Document Number: [re: Application to Bring Electronic Devices]..(Wheatley, Lucy) **Proposed Order to be reviewed by Clerk's Office staff.** Modified on 1/20/2022 (km). (Entered: 01/19/2022) |
| 01/20/2022 | | **\*\*\*NOTICE TO ATTORNEY REGARDING REJECTION OF PROPOSED ORDER TO BRING PERSONAL ELECTRONIC DEVICE(S) OR GENERAL PURPOSE COMPUTING DEVICE(S) INTO THE COURTHOUSES OF THE SDNY FOR USE IN A PROCEEDING OR TRIAL. Notice to Attorney Lucy Wheatley re: Document 196 Proposed Order was rejected by the Clerk's Office for the following reason, the Order to Bring Personal Electronic Device(s) or General Purpose Computing Device(s) Into the Courthouses of the SDNY for Use in a Proceeding or Trial should not be electronically filed. Please download and review the Local Rules, Judge's Individual Rules of Practice and ECF Rules and Instructions, located at https://nysd.uscourts.gov/rules/ecf–related–instructions. (km)** (Entered: 01/20/2022) |
| 01/20/2022 | 197 | MOTION for Blake D. Fink to Appear Pro Hac Vice . **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by The Lexington Company, AB..(Fink, Blake) (Entered: 01/20/2022) |
| 01/20/2022 | 198 | MEMO ENDORSEMENT: on re: 195 Letter filed by Lexington Furniture Industries, Inc. ENDORSEMENT: Application to bring physical exhibits is GRANTED. All documentary exhibits shall be presented in electronic form only. The parties shall |

| | | |
|---|---|---|
| | | prepare and submit to the Court two identical thumb drives containing all admitted exhibits and an index to the exhibits. SO ORDERED. (Signed by Judge P. Kevin Castel on 1/20/2022) (ama) (Entered: 01/20/2022) |
| 01/21/2022 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 197 MOTION for Blake D. Fink to Appear Pro Hac Vice . Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (aea)** (Entered: 01/21/2022) |
| 01/21/2022 | 199 | LETTER addressed to Judge P. Kevin Castel from Timothy D. Pecsenye dated 1/21/22 re: Leave to Bring Physical Exhibits to the Courtroom for Trial. Document filed by The Lexington Company, AB..(Pecsenye, Timothy) (Entered: 01/21/2022) |
| 01/24/2022 | 200 | ORDER granting 197 Motion for Blake D. Fink to Appear Pro Hac Vice (HEREBY ORDERED by Judge P. Kevin Castel)(Text Only Order) (Nacanther, Florence) (Entered: 01/24/2022) |
| 01/24/2022 | | Minute Entry for proceedings held before Judge P. Kevin Castel: Status Conference held on 1/24/2022. Trial scheduled for January 25, 2022 is VACATED. (Nacanther, Florence) (Entered: 01/24/2022) |
| 01/25/2022 | 201 | MEMO ENDORSEMENT on re: 199 Letter filed by The Lexington Company, AB. ENDORSEMENT: Application DENIED as moot. SO ORDERED. (Signed by Judge P. Kevin Castel on 1/25/2022) (kv) (Entered: 01/25/2022) |
| 01/25/2022 | 202 | LETTER addressed to Judge P. Kevin Castel from Amanda DeFord dated 01/25/2022 re: the Court's January 24, 2022 Request for an Update. Document filed by Lexington Furniture Industries, Inc...(Deford, Amanda) (Entered: 01/25/2022) |
| 01/26/2022 | 203 | LETTER addressed to Judge P. Kevin Castel from Amanda DeFord dated 1/26/2022 re: Update Regarding Settlement Discussions. Document filed by Lexington Furniture Industries, Inc...(Deford, Amanda) (Entered: 01/26/2022) |
| 03/03/2022 | 204 | ORDER: The case is set for trial for May 26, 2022 at 9:30 AM in Courtroom 11D. SO ORDERED. (Signed by Judge P. Kevin Castel on 3/3/2022) ( Jury Trial set for 5/26/2022 at 09:30 AM in Courtroom 11D, 500 Pearl Street, New York, NY 10007 before Judge P. Kevin Castel.) (ks) (Entered: 03/03/2022) |
| 05/11/2022 | 205 | LETTER addressed to Judge P. Kevin Castel from Lucy J. Wheatley dated 05/11/2022 re: Permission for Plaintiff to bring physical exhibits to courtroom for trial. Document filed by Lexington Furniture Industries, Inc...(Wheatley, Lucy) (Entered: 05/11/2022) |
| 05/12/2022 | 206 | LETTER addressed to Judge P. Kevin Castel from Timothy D. Pecsenye dated May 12, 2022 re: Leave to Bring Physical Exhibits to the Courtroom for Trial, etc.,. Document filed by The Lexington Company, AB..(Pecsenye, Timothy) (Entered: 05/12/2022) |
| 05/17/2022 | 207 | ENDORSED LETTER addressed to Judge P. Kevin Castel from Lucy Jewett Wheatley dated 5/16/2022 re: seeking permission to bring cell phones. ENDORSEMENT: Under Standing Order 20 MC 316 (M10–468) filed as Doc. 6 on 4/27/2022, Empaneled Jurors and attorneys are permitted to bring their cellphones into the Courthouse. Witnesses must check their cellphones. Application DENIED. SO ORDERED. (Signed by Judge P. Kevin Castel on 5/17/2022) (rro) (Entered: 05/17/2022) |
| 05/20/2022 | 208 | LETTER addressed to Judge P. Kevin Castel from Timothy D. Pecsenye, Esq. dated May 20, 2022 re: respectfully requesting permission for defendant to enter Courtroom 11D on 5/25/22 and seeking permission to store demonstratives in said courtroom overnight, etc... Document filed by The Lexington Company, AB..(Pecsenye, Timothy) (Entered: 05/20/2022) |
| 05/23/2022 | 209 | MEMO ENDORSEMENT: on re: 208 Letter filed by The Lexington Company, AB. ENDORSEMENT: Application GRANTED. Both parties may attend a technology walk through in Courtroom 11D at 2 PM on Wednesday May 25. SO ORDERED. (Signed by Judge P. Kevin Castel on 5/23/2022) (ama) (Entered: 05/23/2022) |
| 05/26/2022 | | Minute Entry for proceedings held before Judge P. Kevin Castel: Jury Trial begun on 5/26/2022. Appearing for Plaintiff: Lucy Wheatley, Amanda DeFord, Michael Simes. |

| | | |
|---|---|---|
| | | Appearing for Defendant: Timothy Pecsenye, Samar Aryani, Jillian Taylor and Blank Fink. Law Clerk: Trevor OBryan. Conference re legal issues. Jury selection begins. Jurors Qualification Oath administered. Jury is empaneled, Selection Oath administered. Court delivers preliminary instructions to jury. Opening statement for plaintiff by Lucy Wheatley. Opening statement for defendant by Timothy Pecsenye. Plaintiff testimony begins. Testimony of Thomas Lindhe. Court adjourned until 9:30 a.m. on May 27, 2022. (Court Reporter Kristen Carannante and George Malinowski) (Nacanther, Florence) Modified on 5/30/2022 (Landers, Rigoberto). Modified on 5/30/2022 (Landers, Rigoberto). (Entered: 05/27/2022) |
| 05/27/2022 | | Minute Entry for proceedings held before Judge P. Kevin Castel: Jury Trial held on 5/27/2022. Appearing for Plaintiff: Lucy Wheatley, Amanda DeFord, Michael Simes. Appearing for Defendant: Timothy Pecsenye, Samar Aryani, Jillian Taylor and Blank Fink. Law Clerk: Trevor OBryan. Conference re legal issues. Jury enters. Plaintiff testimony continues with Thomas Lindhe. Testimony of Michael Yarbrough, Patricia Rogers, Robert Stamper. Court adjourned until Tuesday, May 31, 2022 at 9:30 a.m. (Court Reporter Kristen Carannante and George Malinowski) (Nacanther, Florence) (Entered: 05/31/2022) |
| 05/31/2022 | | Minute Entry for proceedings held before Judge P. Kevin Castel: Jury Trial held on 5/31/2022. Appearing for Plaintiff: Lucy Wheatley, Amanda DeFord, Michael Simes. Appearing for Defendant: Timothy Pecsenye, Samar Aryani, Jillian Taylor and Blank Fink. Law Clerk: Trevor OBryan. Conference re legal issues. Jury enters. Testimony of Robert Stamper continues. Plaintiff rests. Defendants case. Testimony of Thomas Lindhe. Defendant rests. Charge conference. Defendant motions reserved. Plaintiff motions reserved. Defendant summation by Timothy Pecsenye. Plaintiff summation by Lucy Wheatley. Court adjourned until 10:00 a.m. tomorrow, June 1, 2022. (Court Reporter Kristen Carannante and George Malinowski) (Nacanther, Florence) (Entered: 05/31/2022) |
| 06/01/2022 | 210 | STIPULATION AND ORDER OF DISMISSAL: IT IS HEREBY STIPULATED AND AGREED by and among Plaintiff Lexington Furniture Industries, Inc. d/b/a Lexington Home Brands, and Defendant The Lexington Company, AB d/b/a The Lexington Clothing Company, by and through their undersigned attorneys, that Plaintiffs claim against Defendant for violation of N.Y. Gen. Bus. Law§ 360–1, shall be dismissed with prejudice in order to streamline the case and issues to be presented to the jury, and without an award of costs, disbursements or attorneys' fees to either Plaintiff or Defendant on that claim. SO ORDERED., The Lexington Company, AB, The Lexington Company, AB, The Lexington Company, AB, Lexington Furniture Industries, Inc. and Lexington Furniture Industries, Inc. terminated. (Signed by Judge P. Kevin Castel on 6/01/2022) (ama) (Entered: 06/01/2022) |
| 06/01/2022 | 211 | AO 120 FORM TRADEMARK – CASE TERMINATED – SUBMITTED. In compliance with the provisions of 15 U.S.C. 1116, the Director of the U.S. Patent and Trademark Office is hereby advised that a final decision was rendered on 6/01/2022 in a court action filed on the following trademark(s) in the U.S. District Court Southern District of New York. Director of the U.S. Patent and Trademark Office electronically notified via Notice of Electronic Filing (NEF). (Attachments: # 1 Supplement Order of Dismissal) (ama) (Entered: 06/01/2022) |
| 06/01/2022 | | Minute Entry for proceedings held before Judge P. Kevin Castel: Jury Trial held on 6/1/2022. Appearing for Plaintiff: Lucy Wheatley, Amanda DeFord, Michael Simes. Appearing for Defendant: Timothy Pecsenye, Samar Aryani, Jillian Taylor and Blank Fink. Law Clerk: Trevor OBryan. Court charges jury. Jury deliberation begins. Court adjourned until June 2, 2022 at 10:00 a.m. (Court Reporter Kristen Carannante and George Malinoswki) (Nacanther, Florence) (Entered: 06/02/2022) |
| 06/02/2022 | 212 | VERDICT FORM. (ama) (Entered: 06/02/2022) |
| 06/02/2022 | | Minute Entry for proceedings held before Judge P. Kevin Castel: Jury Trial completed on 6/2/2022. Jury deliberations continue. Jury verdict in favor of Plaintiff. See, Verdict Form, DE 212. (Court Reporter Kristen Carannante and George Malinoswki) (Nacanther, Florence) (Entered: 06/02/2022) |
| 06/02/2022 | 213 | JUDGMENT: It is hereby ORDERED, ADJUDGED AND DECREED: That after a Jury Trial before the Honorable P. Kevin Castel, United States District Judge, Plaintiff Lexington Furniture Industries, Inc. d/b/a Lexington Home Brands has judgment in the |

| | | amount of $1.00 for nominal damages, $1,641,963 for damages and $925,000 for punitive damages for a total damage award of $2,566,964 as against the Defendant The Lexington Company, AB d/b/a The Lexington Clothing Company. SO ORDERED. (Signed by Judge P. Kevin Castel on 6/02/2022) (ama) (Entered: 06/02/2022) |
|---|---|---|
| 06/02/2022 | 214 | AO 120 FORM TRADEMARK – CASE TERMINATED – SUBMITTED. In compliance with the provisions of 15 U.S.C. 1116, the Director of the U.S. Patent and Trademark Office is hereby advised that a final decision was rendered on 6/02/2022 in a court action filed on the following trademark(s) in the U.S. District Court Southern District of New York. Director of the U.S. Patent and Trademark Office electronically notified via Notice of Electronic Filing (NEF). (Attachments: # 1 Supplement Judgment) (ama) (Entered: 06/02/2022) |
| 06/03/2022 | 215 | TRANSCRIPT of Proceedings re: TRIAL held on 5/26/2022 before Judge P. Kevin Castel. Court Reporter/Transcriber: Kristen Carannante, (212) 805–0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 6/24/2022. Redacted Transcript Deadline set for 7/5/2022. Release of Transcript Restriction set for 9/1/2022..(Moya, Goretti) (Entered: 06/03/2022) |
| 06/03/2022 | 216 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a TRIAL proceeding held on 5/26/22 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days....(Moya, Goretti) (Entered: 06/03/2022) |
| 06/03/2022 | 217 | TRANSCRIPT of Proceedings re: TRIAL held on 5/27/2022 before Judge P. Kevin Castel. Court Reporter/Transcriber: Kristen Carannante, (212) 805–0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 6/24/2022. Redacted Transcript Deadline set for 7/5/2022. Release of Transcript Restriction set for 9/1/2022..(Moya, Goretti) (Entered: 06/03/2022) |
| 06/03/2022 | 218 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a TRIAL proceeding held on 5/27/22 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days....(Moya, Goretti) (Entered: 06/03/2022) |
| 06/03/2022 | 219 | TRANSCRIPT of Proceedings re: TRIAL held on 5/31/2022 before Judge P. Kevin Castel. Court Reporter/Transcriber: Kristen Carannante, (212) 805–0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 6/24/2022. Redacted Transcript Deadline set for 7/5/2022. Release of Transcript Restriction set for 9/1/2022..(Moya, Goretti) (Entered: 06/03/2022) |
| 06/03/2022 | 220 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a TRIAL proceeding held on 5/31/22 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days....(Moya, Goretti) (Entered: 06/03/2022) |
| 06/03/2022 | 221 | TRANSCRIPT of Proceedings re: TRIAL held on 6/1/2022 before Judge P. Kevin Castel. Court Reporter/Transcriber: Kristen Carannante, (212) 805–0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 6/24/2022. Redacted Transcript Deadline set for 7/5/2022. Release of Transcript Restriction set |

| | | |
|---|---|---|
| | | for 9/1/2022..(Moya, Goretti) (Entered: 06/03/2022) |
| 06/03/2022 | 222 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a TRIAL proceeding held on 6/1/22 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days....(Moya, Goretti) (Entered: 06/03/2022) |
| 06/03/2022 | 223 | TRANSCRIPT of Proceedings re: TRIAL held on 6/2/2022 before Judge P. Kevin Castel. Court Reporter/Transcriber: Kristen Carannante, (212) 805–0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 6/24/2022. Redacted Transcript Deadline set for 7/5/2022. Release of Transcript Restriction set for 9/1/2022..(Moya, Goretti) (Entered: 06/03/2022) |
| 06/03/2022 | 224 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a TRIAL proceeding held on 6/2/22 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days....(Moya, Goretti) (Entered: 06/03/2022) |
| 06/07/2022 | 225 | PROPOSED STIPULATION AND ORDER. Document filed by Lexington Furniture Industries, Inc.. (Attachments: # 1 Text of Proposed Order).(Cornelia, Matthew) (Entered: 06/07/2022) |
| 06/08/2022 | 226 | ORDER: Before the Court is a Joint Stipulation for entry of a post–trial briefing schedule. In light of the joint nature, the Court hereby GRANTS the parties' Joint Stipulation. It is hereby ORDERED that the following briefing schedule shall apply in the above–captioned matter: June 23, 2022: Deadline for Plaintiff to file any motion for attorneys' fees, enhanced damages, bill of costs, and permanent injunction; June 30, 2022: Deadline for Defendant to file any renewed motion for JMOL; July 14, 2022: Deadline for Defendant to file any opposition to Plaintiff's motion for attorneys' fees, enhanced damages, bill of costs, and permanent injunction; July 21, 2022: Deadline for Plaintiff to file any opposition to Defendant's renewed motion for JMOL; July 28, 2022: Deadline for Plaintiff to file any reply in support of its motion for attorneys' fees, enhanced damages, bill of costs, and permanent injunction; and August 4, 2022: Deadline for Defendant to file any reply in support of its renewed motion for JMOL. SO ORDERED. ( Motions due by 6/30/2022., Responses due by 7/21/2022, Replies due by 8/4/2022.) (Signed by Judge P. Kevin Castel on 6/08/2022) (ama) (Entered: 06/08/2022) |
| 06/17/2022 | 227 | LETTER addressed to Judge P. Kevin Castel from Michael L. Simes dated June 17, 2022 re: Letter Briefs Submitted During Trial. Document filed by Lexington Furniture Industries, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2).(Simes, Michael) (Entered: 06/17/2022) |
| 06/23/2022 | 228 | MOTION Application for Taxable Costs . Document filed by Lexington Furniture Industries, Inc.. (Attachments: # 1 Appendix Bill of Costs – AO133).(Cornelia, Matthew) (Entered: 06/23/2022) |
| 06/23/2022 | 229 | DECLARATION of Matthew W. Cornelia in Support re: 228 MOTION Application for Taxable Costs .. Document filed by Lexington Furniture Industries, Inc.. (Attachments: # 1 Exhibit 1 – Docket Filing Fee, # 2 Exhibit 2 – Service Fees, # 3 Exhibit 3 – Depo Transcripts, # 4 Exhibit 4 – Trial Transcripts).(Cornelia, Matthew) (Entered: 06/23/2022) |
| 06/23/2022 | 230 | MOTION for Attorney Fees *and Non–Taxable Costs*. Document filed by Lexington Furniture Industries, Inc...(Wheatley, Lucy) (Entered: 06/23/2022) |
| 06/23/2022 | 231 | MEMORANDUM OF LAW in Support re: 230 MOTION for Attorney Fees *and Non–Taxable Costs*. . Document filed by Lexington Furniture Industries, Inc...(Wheatley, Lucy) (Entered: 06/23/2022) |

| | | |
|---|---|---|
| 06/23/2022 | 232 | DECLARATION of Matthew W. Cornelia in Support re: 230 MOTION for Attorney Fees *and Non−Taxable Costs.*. Document filed by Lexington Furniture Industries, Inc.. (Attachments: # 1 Exhibit 1 – Biographies, # 2 Exhibit 2 – Invoices through through April 2022, # 3 Exhibit 3 – Invoice for May 2022, # 4 Exhibit 4 – Summary of Invoices, # 5 Exhibit 5 – WK Real Rate Report 2021, # 6 Exhibit 6 – Summary of Costs, # 7 Exhibit 7 – Interrogatory Responses, # 8 Exhibit 8 – Disclosures).(Cornelia, Matthew) (Entered: 06/23/2022) |
| 06/23/2022 | 233 | PROPOSED ORDER. Document filed by Lexington Furniture Industries, Inc.. Related Document Number: [230 [Motion for Attorneys Fees and Non−Taxable Costs]]..(Wheatley, Lucy) **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 06/23/2022) |
| 06/23/2022 | 234 | MOTION for Permanent Injunction . Document filed by Lexington Furniture Industries, Inc.. Responses due by 7/14/2022.(Wheatley, Lucy) (Entered: 06/23/2022) |
| 06/23/2022 | 235 | MEMORANDUM OF LAW in Support re: 234 MOTION for Permanent Injunction . . Document filed by Lexington Furniture Industries, Inc...(Wheatley, Lucy) (Entered: 06/23/2022) |
| 06/23/2022 | 236 | DECLARATION of Matthew W. Cornelia in Support re: 234 MOTION for Permanent Injunction .. Document filed by Lexington Furniture Industries, Inc.. (Attachments: # 1 Exhibit 1 – LCC Sale Webpage, # 2 Exhibit 2 – LCC Sale Webpage – Home Interior, # 3 Exhibit 3 – LCC Sale Webpage – Living Room, # 4 Exhibit 4 – Google Search Lexington Company Pillow, # 5 Exhibit LCC Pillows and Shams Webpage, # 6 Exhibit 6 – LCC Inner Cushions Webpage, # 7 Exhibit 7 – LCC Feather Pillow Webpage, # 8 Exhibit 8 – LCC Icons Pillow Webpage, # 9 Exhibit 9 – LCC Website – Newsletter Sign Up, # 10 Exhibit 10 – LCC Email Compilation, # 11 Exhibit 11 – LCC Instagram Page, # 12 Exhibit 12 – LCC Instagram Post Compilation).(Cornelia, Matthew) (Entered: 06/23/2022) |
| 06/23/2022 | 237 | PROPOSED ORDER. Document filed by Lexington Furniture Industries, Inc.. Related Document Number: [234 (Motion for Permanent Injunction)]..(Wheatley, Lucy) **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 06/23/2022) |
| 06/24/2022 | | ***NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. 237 Proposed Order 233 Proposed Order was reviewed and approved as to form. (km)** (Entered: 06/24/2022) |
| 06/30/2022 | 238 | MOTION for Judgment as a Matter of Law *on Plaintiff's Claims Pursuant to Rule 50*. Document filed by The Lexington Company, AB..(Pecsenye, Timothy) (Entered: 06/30/2022) |
| 06/30/2022 | 239 | MEMORANDUM OF LAW in Support re: 238 MOTION for Judgment as a Matter of Law *on Plaintiff's Claims Pursuant to Rule 50*. . Document filed by The Lexington Company, AB..(Pecsenye, Timothy) (Entered: 06/30/2022) |
| 06/30/2022 | 240 | PROPOSED ORDER. Document filed by The Lexington Company, AB. Related Document Number: [238 (Motion for Judgment as a Matter of Law, etc.)]..(Pecsenye, Timothy) **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 06/30/2022) |
| 06/30/2022 | | ***NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. 240 Proposed Order was reviewed and approved as to form. (tp)** (Entered: 06/30/2022) |
| 06/30/2022 | 241 | MOTION to Alter Judgment re: 213 Judgment,, *(to Alter or Amend Judgment Pursuant to Rule 59(e), etc.)*. Document filed by The Lexington Company, AB..(Pecsenye, Timothy) (Entered: 06/30/2022) |
| 06/30/2022 | 242 | MEMORANDUM OF LAW in Support re: 241 MOTION to Alter Judgment re: 213 Judgment,, *(to Alter or Amend Judgment Pursuant to Rule 59(e), etc.)*. . Document filed by The Lexington Company, AB..(Pecsenye, Timothy) (Entered: 06/30/2022) |
| 06/30/2022 | 243 | PROPOSED ORDER. Document filed by The Lexington Company, AB. Related Document Number: [241 (Motion to Alter Judgment, etc.)]..(Pecsenye, Timothy) **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 06/30/2022) |

| | | |
|---|---|---|
| 07/01/2022 | | ***NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. 243 Proposed Order was reviewed and approved as to form. (nd) (Entered: 07/01/2022) |
| 07/14/2022 | 244 | MEMORANDUM OF LAW in Opposition re: 228 MOTION Application for Taxable Costs . . Document filed by The Lexington Company, AB d/b/a The Lexington Clothing Company..(Pecsenye, Timothy) (Entered: 07/14/2022) |
| 07/14/2022 | 245 | MEMORANDUM OF LAW in Opposition re: 230 MOTION for Attorney Fees *and Non−Taxable Costs*. . Document filed by The Lexington Company, AB d/b/a The Lexington Clothing Company..(Pecsenye, Timothy) (Entered: 07/14/2022) |
| 07/14/2022 | 246 | MEMORANDUM OF LAW in Opposition re: 234 MOTION for Permanent Injunction . . Document filed by The Lexington Company, AB d/b/a The Lexington Clothing Company. (Attachments: # 1 Affidavit / Declaration of Tommy Lindhe in Support of Defendants Opposition to Plaintiffs Motion for Permanent Injunction).(Pecsenye, Timothy) (Entered: 07/14/2022) |
| 07/14/2022 | 247 | MEMORANDUM OF LAW in Opposition re: 241 MOTION to Alter Judgment re: 213 Judgment,, *(to Alter or Amend Judgment Pursuant to Rule 59(e), etc.).*. Document filed by Lexington Furniture Industries, Inc..(Wheatley, Lucy) (Entered: 07/14/2022) |
| 07/14/2022 | 248 | DECLARATION of Matthew Cornelia re: 247 Memorandum of Law in Opposition to Motion . Document filed by Lexington Furniture Industries, Inc.. (Attachments: # 1 Exhibit 1 − Interrogatories, # 2 Exhibit 2 − LCC Rule 26 Disclosures, # 3 Exhibit 3 − Final Pretrial Conference Transcript, # 4 Exhibit 4 − June 1, 2022 Letter Brief).(Wheatley, Lucy) (Entered: 07/14/2022) |
| 07/21/2022 | 249 | MEMORANDUM OF LAW in Opposition re: 238 MOTION for Judgment as a Matter of Law *on Plaintiff's Claims Pursuant to Rule 50.*. Document filed by Lexington Furniture Industries, Inc..(Wheatley, Lucy) (Entered: 07/21/2022) |
| 07/21/2022 | 250 | REPLY MEMORANDUM OF LAW in Support re: 241 MOTION to Alter Judgment re: 213 Judgment,, *(to Alter or Amend Judgment Pursuant to Rule 59(e), etc.).*. Document filed by The Lexington Company, AB d/b/a The Lexington Clothing Company..(Pecsenye, Timothy) (Entered: 07/21/2022) |
| 07/28/2022 | 251 | REPLY MEMORANDUM OF LAW in Support re: 228 MOTION Application for Taxable Costs . . Document filed by Lexington Furniture Industries, Inc..(Wheatley, Lucy) (Entered: 07/28/2022) |
| 07/28/2022 | 252 | REPLY MEMORANDUM OF LAW in Support re: 230 MOTION for Attorney Fees *and Non−Taxable Costs*. . Document filed by Lexington Furniture Industries, Inc..(Wheatley, Lucy) (Entered: 07/28/2022) |
| 07/28/2022 | 253 | DECLARATION of Matthew W. Cornelia in Support re: 230 MOTION for Attorney Fees *and Non−Taxable Costs*.. Document filed by Lexington Furniture Industries, Inc..(Cornelia, Matthew) (Entered: 07/28/2022) |
| 07/28/2022 | 254 | REPLY MEMORANDUM OF LAW in Support re: 234 MOTION for Permanent Injunction . . Document filed by Lexington Furniture Industries, Inc..(Wheatley, Lucy) (Entered: 07/28/2022) |
| 08/04/2022 | 255 | REPLY MEMORANDUM OF LAW in Support re: 238 MOTION for Judgment as a Matter of Law *on Plaintiff's Claims Pursuant to Rule 50.*. Document filed by The Lexington Company, AB d/b/a The Lexington Clothing Company..(Pecsenye, Timothy) (Entered: 08/04/2022) |
| 08/04/2022 | 256 | LETTER addressed to Judge P. Kevin Castel from Lucy J. Wheatley dated August 4, 2022 re: Request for Oral Argument for Certain Post−Trial Motions. Document filed by Lexington Furniture Industries, Inc..(Wheatley, Lucy) (Entered: 08/04/2022) |
| 09/01/2022 | 257 | PROPOSED ABSTRACT OF JUDGMENT. Filing fee $ 11.00, receipt number ANYSDC−26625620. Abstract of Judgment to be Picked up by the Party. Document filed by Lexington Furniture Industries, Inc.. Document Number of Related Judgment: 213 ..(Cornelia, Matthew) Proposed document to be reviewed and processed by Clerk's Office staff (No action required by chambers). (Entered: 09/01/2022) |

| | | |
|---|---|---|
| 09/01/2022 | | ABSTRACT OF JUDGMENT ISSUED on September 1, 2022 in favor of Plaintiff Lexington Furniture Industries, Inc. d/b/a Lexington Home Brands has judgment in the amount of $1.00 for nominal damages, $1,641,963 for damages and $925,000 for punitive damages for a total damage award of $2,566,964 as against the Defendant The Lexington Company, AB d/b/a The Lexington Clothing Company. Abstract of Judgment to be Picked up by the Party. (tp) (Entered: 09/01/2022) |
| 10/24/2022 | 258 | OPINION AND ORDER re: 238 MOTION for Judgment as a Matter of Law *on Plaintiff's Claims Pursuant to Rule 50*. filed by The Lexington Company, AB, 241 MOTION to Alter Judgment re: 213 Judgment,, *(to Alter or Amend Judgment Pursuant to Rule 59(e), etc.)*. filed by The Lexington Company, AB, 234 MOTION for Permanent Injunction . filed by Lexington Furniture Industries, Inc.. The Court has considered all of the parties' arguments, including those not explicitly addressed herein. LCC's motion to alter or amend the judgment (Doc 241) is DENIED. LCC's motion for judgment as a matter of law (Doc 238) is DENIED. LFI's motion for a permanent injunction (Doc 234) is GRANTED. LFI shall update its application for fees and costs within 21 days of the date hereof. LCC may respond 7 days thereafter. SO ORDERED. (Signed by Judge P. Kevin Castel on 10/24/2022) (ks) (Entered: 10/24/2022) |
| 11/14/2022 | 259 | MEMORANDUM OF LAW in Support re: 230 MOTION for Attorney Fees *and Non−Taxable Costs. (Plaintiff's Updated Application and Motion for Attorneys' Fees and Non−Taxable Costs)*. Document filed by Lexington Furniture Industries, Inc...(Wheatley, Lucy) (Entered: 11/14/2022) |
| 11/14/2022 | 260 | DECLARATION of Matthew Cornelia in Support re: 230 MOTION for Attorney Fees *and Non−Taxable Costs*.. Document filed by Lexington Furniture Industries, Inc.. (Attachments: # 1 Exhibit A − Invoice Compilation, # 2 Exhibit B − Summary of Attorney Fees, # 3 Exhibit C − Summary of Non−Taxable Costs, # 4 Exhibit D − LCC Email Compilation Part 1, # 5 Exhibit D − LCC Email Compilation Part 2, # 6 Exhibit D − LCC Email Compilation Part 3, # 7 Exhibit E − LCC Website Homepage, # 8 Exhibit F − LCC Facebook).(Wheatley, Lucy) (Entered: 11/14/2022) |
| 11/21/2022 | 261 | MEMORANDUM OF LAW in Opposition re: 230 MOTION for Attorney Fees *and Non−Taxable Costs. Certificate of Service attached*. Document filed by The Lexington Company, AB d/b/a The Lexington Clothing Company..(Pecsenye, Timothy) (Entered: 11/21/2022) |
| 11/22/2022 | 262 | NOTICE OF APPEAL from 258 Memorandum & Opinion,,, 213 Judgment,,. Document filed by The Lexington Company, AB d/b/a The Lexington Clothing Company. Filing fee $ 505.00, receipt number ANYSDC−26993768. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit..(Pecsenye, Timothy) (Entered: 11/22/2022) |