# BLANKROME

130 North 18th Street | Philadelphia, PA 19103
blankrome.com

Phone: (215) 569-5619
Fax: (215) 832-5619
Email: Pecsenye@BlankRome.com

December 8, 2022

**VIA ECF**
Clerk of the Court
United States Court of Appeals for the Second Circuit
500 Pearl Street
New York, NY 10007

   Re:  ***Lexington Furniture Industries, Inc. v. The Lexington Company, AB***
      No. 22-2993
      <u>Proposed Scheduling Notification</u>

Dear Clerk of the Court:

  Pursuant to Local Rule 31.2(a)(1), Defendant-Appellant The Lexington Company, AB requests that the deadline for filing Appellant's brief be set for March 6, 2023.

            Respectfully submitted,

            <u>*/s/ Timothy D. Pecsenye*</u>
            TIMOTHY D. PECSENYE

cc:  All Appearing Attorneys (by ECF)