**United States Court of Appeals for the Second Circuit**
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

| | |
|---|---|
| **DEBRA ANN LIVINGSTON**<br>CHIEF JUDGE | **CATHERINE O'HAGAN WOLFE**<br>CLERK OF COURT |

Date: December 13, 2022
Docket #: 22-2993
Short Title: Lexington Furniture Industries, Inc. v. The Lexington Company, AB

DC Docket #: 19-cv-6239
DC Court: SDNY (NEW YORK CITY)
DC Judge: Castel
DC Judge: Wang

**AMENDED CAPTION NOTICE**

As noted on the docket sheet, the caption has been changed. If the brief has been filed, six copies of a revised brief cover accurately reflecting the change in official caption must be submitted within 14 days of this notice.

Inquiries regarding this case may be directed to 212-857-8612.