**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

| | |
|---|---|
| **DEBRA ANN LIVINGSTON**<br>CHIEF JUDGE | **CATHERINE O'HAGAN WOLFE**<br>CLERK OF COURT |

Date: December 14, 2022
Docket #: 22-2993cv
Short Title: Lexington Furniture Industries, Inc. v. The Lexington Company, AB

DC Docket #: 19-cv-6239
DC Court: SDNY (NEW YORK CITY)
DC Judge: Castel
DC Judge: Wang

**NOTICE OF CASE MANAGER CHANGE**

The case manager assigned to this matter has been changed.

Inquiries regarding this case may be directed to 212-857-8543.