# UNITED STATES COURT OF APPEALS
## for the
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 15th day of December, two thousand twenty-two.

Lexington Furniture Industries, Inc., DBA Lexington Home Brands,

      Plaintiff -Counter-Defendant-Appellee,

v.

The Lexington Company, AB, DBA The Lexington Clothing Company,

      Defendant-Counter-Claimant-Appellant.

**ORDER**
Docket No: 22-2993

Counsel for APPELLANT has filed a scheduling notification pursuant to the Court's Local Rule 31.2, setting March 6, 2023 as the brief filing date.

It is HEREBY ORDERED that Appellant's brief must be filed on or before March 6, 2023. The appeal is dismissed effective March 6, 2023 if the brief is not filed by that date. A motion to extend the time to file the brief or to seek other relief will not toll the filing date. See Local Rule 27.1(f)(1); cf. RLI Insurance Co. v. JDJ Marine, Inc., 716 F.3d 41, 43-45 (2d Cir. 2013).

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court