# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Lexington Furniture Industries, Inc. v. The Lexington Company, AB      Docket No.: 22-2993

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Amanda L. DeFord

Firm: McGuireWoods LLP

Address: Gateway Plaza, 800 East Canal Street, Richmond, VA 23219

Telephone: (804) 775-7877      Fax: (804) 698-2248

E-mail: adeford@mcguirewoods.com

Appearance for: Lexington Furniture Industries, Inc., d/b/a Lexington Home Brands / Appellee
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: Lucy Jewett Wheatley & Jonathan Y. Ellis / McGuireWoods LLP )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on _____ OR

☐ I applied for admission on _____ .

Signature of Counsel: /s/ Amanda L. DeFord

Type or Print Name: Amanda L. DeFord