**UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT**

Thurgood Marshall U.S. Courthouse   40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

**Docket Number(s):** 22-2993

**Caption [use short title]**

**Motion for:** extension of time to file appellant's brief.

Set forth below precise, complete statement of relief sought:

Defendant-Respondent The Lexington Company, AB seeks a one-week extension of time to file its appellant's brief, extending the deadline to file from March 6, 2023 to March 13, 2023.

Lexington Furniture Industries, Inc.
v.
The Lexington Company, AB

**MOVING PARTY:** The Lexington Company, AB        **OPPOSING PARTY:** Lexington Furniture Industries, Inc.

☐ Plaintiff            ☐ Defendant
☑ Appellant/Petitioner ☐ Appellee/Respondent

**MOVING ATTORNEY:** Timothy D. Pecsenye            **OPPOSING ATTORNEY:** Lucy Jewett Weatley

[name of attorney, with firm, address, phone number and e-mail]

Blank Rome LLP                                      McGuire Woods LLp
1271 Avenue of the Americas, New York, NY 10020     800 East Canal Street, Gateway Plaza, Richmond, VA 23219
timothy.pecsenye@blankrome.com                      lwheatley@mcguirewoods.com

**Court- Judge/ Agency appealed from:** Southern District of New York; the Honorable P. Kevin Castel

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☑ Yes  ☐ No (explain):_____

Opposing counsel's position on motion:
☐ Unopposed  ☐ Opposed  ☑ Don't Know

Does opposing counsel intend to file a response:
☐ Yes  ☐ No  ☑ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**
Has this request for relief been made below?           ☐ Yes ☐ No
Has this relief been previously sought in this court?  ☐ Yes ☐ No
Requested return date and explanation of emergency: _____

Is oral argument on motion requested?  ☐ Yes  ☑ No (requests for oral argument will not necessarily be granted)
Has argument date of appeal been set?  ☐ Yes  ☑ No  If yes, enter date:_____

**Signature of Moving Attorney:**
/s/ Timothy D. Pecsenye   **Date:** March 2, 2023   **Service by:** ☑ CM/ECF   ☐ Other [Attach proof of service]

Form T-1080 (rev.12-13)

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

| | |
|---|---|
| LEXINGTON FURNITURE INDUSTRIES, INC. d/b/a/ LEXINGTON HOME BRANDS,<br><br>    *Plaintiff-Respondent*,<br><br>    v.<br><br>THE LEXINGTON COMPANY, AB d/b/a/ THE LEXINGTON CLOTHING COMPANY,<br><br>    *Defendant-Appellant*. | Docket No. 22-2993<br><br>**DECLARATION OF TIMOTHY D. PECSENYE IN SUPPORT OF DEFENDANT-APPELLANT'S MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF PURSUANT TO LOCAL RULE 27.1(f)** |

**TIMOTHY D. PECSENYE**, pursuant to 28 U.S.C. 1746, hereby declares under penalty of perjury:

1. I am an attorney with the law firm Blank Rome LLP, attorneys for Defendant-Appellant The Lexington Company, AB d/b/a The Lexington Clothing Company ("LCC" or "Appellant") in the above-referenced appeal and submit this Declaration in support of LCC's motion to extend the time to file LCC's appellant's brief pursuant to Local Rule 27.1(f).

2. LCC seeks to appeal from an Opinion and Order entered in the United States District Court for the Southern District of New York on October 24, 2022 denying LCC's post-trial motions pursuant to Rules 50(a) and 59(e).

1

3. Pursuant to this Court's scheduling Order dated December 15, 2022, the deadline for filing Appellant's brief is March 6, 2023 (ECF No. 26).

4. LCC recently underwent a change of ownership as well as a change in upper management personnel. It is my understanding that the prior management was considering not pursuing the instant appeal, and current management did not begin to consider pursuing this appeal until at least the conclusion of the CAMP mediation, which took place on with Dean W. M. Leslie, Circuit Mediator, on January 20, 2023.

5. In any event, the undersigned was not authorized to proceed with preparing the instant appeal until today. Given the complexity of the issues on appeal the undersigns intent to present them to this Court in the most efficient manner, additional time is needed to prepare LCC's Appendix and Brief on appeal.

6. Accordingly, LCC respectfully requests a short, one-week extension of time to file its appellant's brief, extending the deadline from March 6, 2023 to March 13, 2023.

7. Appellant has not made any prior request for an extension of time to file its appellant's brief.

8. On March 2, 2023, I reached out to counsel for Respondent via email to request Respondent's consent to seek this extension of time. As of the time of filing this request, I have not yet received a response from Respondent's counsel.

Dated:  Philadelphia, PA
         March 2, 2023

                                    */s/ Timothy D. Pecsenye*
                                    Timothy D. Pecsenye