# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 6th day of March, two thousand twenty-three.

Before:     José A. Cabranes,
                *Circuit Judge.*

_____

| | |
|---|---|
| Lexington Furniture Industries, Inc., DBA Lexington Home Brands, | **ORDER** |
|     Plaintiff -Counter-Defendant-Appellee, | Docket No. 22-2993 |
| v. | |
| The Lexington Company, AB, DBA The Lexington Clothing Company, | |
|     Defendant-Counter-Claimant-Appellant. | |

_____

    Appellant moves for a seven-day extension of time, to March 13, 2023, to file its opening brief.

    IT IS HEREBY ORDERED that the motion is GRANTED, absent objection.

                                               For the Court:

                                               Catherine O'Hagan Wolfe,
                                               Clerk of Court

