

Debevoise & Plimpton LLP
66 Hudson Boulevard
New York, NY 10001
+1 212 909 6000

August 22, 2023

**VIA ECF**

Catherine O'Hagan Wolfe, Clerk of Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re: *Lexington Furniture Industries, Inc. v. The Lexington Company, AB,*
Docket No. No. 22-2993

Dear Ms. Wolfe:

By this letter, I am writing to update the Court about additional limitations on my availability past the dates covered in Appellant's Oral Argument Statement as filed on May 12, 2023. I am unavailable for oral argument on the following dates:

October 19–20, 2023

November 20–22, 2023

A copy of this letter is being served on counsel for all parties through the Court's ECF system.

Respectfully submitted,

*/s/ Jared I. Kagan*

Jared I. Kagan
Debevoise & Plimpton LLP

www.debevoise.com