**McGuireWoods**

**McGuireWoods LLP**
800 East Canal Street
Richmond, VA 23219
Phone: 804.775.1000
Fax: 804.775.1061
www.mcguirewoods.com

**Amanda L. DeFord**
Direct: 804.775.7877
adeford@mcguirewoods.com

October 27, 2023

**VIA CM/ECF**
Hon. Catherine O'Hagan Wolfe
Clerk of Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

      Re:    *Lexington Furniture Industries, Inc. v. The Lexington Company, AB*, No. 22-2993

Dear Ms. Wolfe:

      I write regarding the oral argument in the above-captioned matter scheduled for November 30, 2023. On May 12, 2023, my colleague Lucy Jewett Wheatley filed an Oral Argument Statement indicating that she would be arguing the case on behalf of Plaintiff-Appellee Lexington Furniture Industries, Inc., d/b/a Lexington Home Brands. I write to inform the Court that I will now be the attorney arguing on behalf of Plaintiff-Appellee, in place of Ms. Wheatley, who is scheduled to be in trial on November 30, 2023, in another matter. I have already noticed an appearance in the case.

      Please feel free to contact me with questions. Thank you for your attention to this matter.

      Respectfully submitted,

      */s/ Amanda L. DeFord*
      Amanda L. DeFord

      *Counsel for Plaintiff-Appellee*
      *Lexington Furniture Industries, Inc.,*
      *d/b/a Lexington Home Brands*

cc:    All counsel of record (via CM/ECF)