# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

## VERIFIED ITEMIZED BILL OF COSTS

| THIS SECTION MUST BE COMPLETED BY COUNSEL | | |
|---|---|---|
| CASE TITLE:<br>Lexington Furniture Industries, Inc. v. The Lexington Company, AB | USCA DOCKET NUMBER:<br>22-2993 | COUNSEL'S NAME:<br>Amanda L. DeFord |
| | DISTRICT/AGENCY:<br>U.S. District Court for the Southern District of New York | COUNSEL'S ADDRESS:<br>McGuireWoods LLP<br>800 East Canal Street<br>Richmond, VA 23219 |
| | DISTRICT/AGENCY NUMBER:<br>1:19-cv-06239 | DATE:<br>January 9, 2024 |

Counsel for
 Appellee Lexington Furniture Industries, Inc., d/b/a Lexington Home Brands
respectfully submits, pursuant to FRAP 39 (c) the within bill of costs and requests the Clerk to prepare an itemized statement of costs taxed against the
 Appellant The Lexington Company, AB, d/b/a The Lexington Clothing Company
and in favor of
 Appellee Lexington Furniture Industries, Inc., d/b/a Lexington Home Brands
for insertion in the mandate.

Docketing Fee _____

Costs of printing appendix (necessary copies __6__ )  $404.60

Costs of printing brief (necessary copies __6__ )  $49.80

Costs of printing reply brief (necessary copies _____ )  _____

**(VERIFICATION HERE)**

I verify under penalty of perjury that the foregoing is true and correct. Executed on January 9, 2024.

*Amanda L. DeFord*

Amanda L. DeFord

*Amanda L. DeFord*

Signature

Amanda L. DeFord

Rev. April, 2011

# Exhibit 1

# REPROGRAPHICS REQUEST FORM

## McGuireWoods

**Today's Date / Time:** 28 April 23
**Date / Time Required:** 28 April 23
**Requested By:** Martine Lily
**Telephone Number:** _____ **Ext. #** _____
**Client/Matter Number:** 2050711-2511
**Authorization for Offsite Copying:** _____

○ Return Project to Requestor: _____  ○ Customer P/U  ○ Deliver Project To: _____

### JOB DESCRIPTION

○ Copy  ✓ Print 83  ○ Scan

**Number of Copies / Sets:** 6
- ✓ Black/White
- ○ Color
- ✓ Copy One-Sided
- ○ Copy Two-Sided
- ○ Copy As Is

- ✓ 8.5 x 11
- ○ 8.5 x 14
- ○ 11 x 17
- ○ Other – Size: _____
- ○ Reduce _____ Enlarge _____

- ○ SCAN Single PDF
- ○ SCAN Multiple PDF's
- ○ Other DPI _____
- (MW Standard DPI is 200)

RECEIVED APR 28 2023
McGuireWoods LLP

**Paper:**
- ○ 20# White
- ○ 28# Laser White Paper
- ○ Color Paper: (circle one) ○ Blue ○ Green ○ Pink ○ Yellow
- ○ Other: _____

**Finishing Services:**
- ○ Exactly Like Original
- ○ Rebind Original

- ○ Collated
- ○ Not Collated (Grouped)
- ○ Stapled
- ○ Clips

- ○ GBC Spiral Bind (Comb)
- ○ Velo Binding
- ○ Wire Binding
- ✓ Cheshire (TAPE) Binding:

- ○ Insert Numerical Tabs
- ○ Insert Alpha Tabs
- ○ Custom Tabs:(Submit Master)
- ○ Punch 3HP (Side) _____ 2HP (Top) _____
- ○ 3 Ring Binders

- ○ Insert Color Slip Sheets
- ○ Folding
- ○ Laminate
- ○ Clear Covers
- ○ Card Stock Covers

- ○ Burn to CD
- ○ Padded

NOTE: All removable media is encrypted pursuant to firm policy.

○ **Special Request / Specialty Services:** Print and tape bind

### OFFICE SERVICES USE ONLY
**Date Received:** 28 April 23 **Initials:** _____
**Date/Time Started:** 23 April 23
**Total Billable Impressions:** 498 B/W **Waste:** _____
**Services / Comments:** 6 Tape Binds
**TRAC JOB # / JOB GRADE:** _____
**Operator Initials:** W **Date/Time Completed:** 28 April 23 **QC'd by:** W **On Time:** Y or N

Please call Mike Wells if you have questions about the reprographics form. v 12.2017

**SEND**

# Work Order Summary -- Job #131822
# Copy Center - B/W and Color Copying/Printing/Scanning

## Contact Information

**Ordered By**

- First Name: Martina
- Last Name: Liu
- Phone: --
- Client Matter No.: 2050711-2511
- Department: --
- Email: null@null.com

**Deliver To**

- First Name: Martina
- Last Name: Liu
- Phone: --
- Client Matter No.: 2050711-2511
- Department: --
- Email: null@null.com

## Overview

- Job Description: print for Martina Liu
- Date/Time Submitted: 04/28/2023 4:39 PM
- Date/Time Required: 04/28/2023 7:00 PM
- Date/Time Completed: 04/28/2023 4:40 PM
- Attach File: No
- Send Proof: No
- Notes: sent via email to be printed and tape bound
  job has been completed and returned

- Originals: 83
- Copies/Sets: 6
- Delivery Method: Deliver When Ready
- Delivery Label: 

## Details

| Item | Quantity | Notes | Print Instructions | Item Price | Item Total |
|---|---|---|---|---|---|
| Paper Size - 8.5 x 11 | 498 | Notes: | | $ 0.0000 | $ 0.0000 |
| Paper Sides - Single Sided | 498 | Notes: | | $ 0.0000 | $ 0.0000 |
| Binding - Cheshire (Tape) Bind | 6 | Notes: | | $ 0.0000 | $ 0.0000 |
| Copies - B&W | 498 | | | $ 0.0000 | $ 0.0000 |
| | | | Total Job Cost Based On Entered Items | | $ 0.00 |

# McGUIREWOODS

## Copy Charge Corrections

To: ___ Timekeeping

From: Reprographics / Martina Liu

Date: 28 April 23

Date of Charge: 28 April 23

Please correct the reproduction charges as follows:

☐ 1. Credit client/matter number _____ for _____ copies and charge them to client/matter number _____.

☐ 2. Credit client/matter number _____ for _____ copies and charge them to firm administration number _____.

☐ 3. Credit firm administration number _____ for 498 copies and charge them to client/matter number 245711-2511.

8½×11 B/W    498 × .10 = 49⁸⁰

MW Form 127 McGuireWoods LLP
07/2000

# Exhibit 2

# RICOH
## Service Excellence

H-131813

# RICOH
## imagine. change.

## REPROGRAPHICS REQUEST FORM

# McGUIREWOODS

Today's Date / Time: 4·28·23
Requested By: Martina Liu
Client/Matter Number: 2050711-2511

Date / Time Required: 4·28·23
Telephone Number: 804-775-1207 Ext. #
Authorization for Offsite Copying:

● Return Project to Requestor: ○ Customer P/U ○ Deliver Project To:

### JOB DESCRIPTION

○ Copy ● Print ○ Scan

Number of Copies / Sets: 6

- ○ Black/White
- ● Color
- ○ Copy One-Sided
- ● Copy Two-Sided
- ○ Copy As Is

- ● 8.5 x 11
- ○ 8.5 x 14
- ○ 11 x 17
- ○ Other – Size: _____
- ○ Reduce ____ Enlarge ____

- ○ SCAN Single PDF
- ○ SCAN Multiple PDF's
- ○ Other DPI _____
- (MW Standard DPI is 200)

**Paper:**
- ● 20# White
- ○ 28# Laser White Paper

○ Color Paper: (circle one) ○ Blue ○ Green ○ Pink ○ Yellow    ○ Other: _____

**Finishing Services:**   ○ Exactly Like Original    ○ Rebind Original

- ○ Collated
- ○ Not Collated (Grouped)
- ○ Stapled
- ○ Clips

- ○ GBC Spiral Bind (Comb)
- ○ Velo Binding
- ○ Wire Binding
- ● Cheshire (TAPE) Binding:

- ○ Insert Numerical Tabs
- ○ Insert Alpha Tabs
- ○ Custom Tabs:(Submit Master)
- ○ Punch 3HP (Side) ___ 2HP (Top) ___
- ○ 3 Ring Binders

- ○ Insert Color Slip Sheets
- ○ Folding
- ○ Laminate
- ○ Clear Covers
- ● Card Stock Covers

○ Burn to CD    ○ Padded

NOTE: All removable media is encrypted pursuant to firm policy.

○ Special Request / Specialty Services: Print 6 copies in color double-sided and tape bind.

---

**OFFICE SERVICES USE ONLY**

Date Received: 4·28·23
Date/Time Started: 4·28·23
Total Billable Impressions: 1248 color
Services / Comments: 6 tape bound
TRAC JOB # / JOB GRADE:

Initials:
Waste:

Operator Initials: mw    Date/Time Completed: 4·28·23    QC'd by: mw    On Time: Y or N

Please call Mike Wells if you have questions about the reprographics form.

v 12.2017

SEND

# Work Order Summary -- Job #131813
## Copy Center - B/W and Color Copying/Printing/Scanning

### Contact Information

**Ordered By**

- **First Name:** Martina
- **Last Name:** Liu
- **Phone:** 8047751207
- **Client Matter No.:** 2050711-2511
- **Department:** --
- **Email:** mliu@mcguirewoods.com

**Deliver To**

- **First Name:** Martina
- **Last Name:** Liu
- **Phone:** 8047751207
- **Client Matter No.:** 2050711-2511
- **Department:** --
- **Email:** mliu@mcguirewoods.com

### Overview

- **Job Description:** MW/Martina Liu
- **Date/Time Submitted:** 04/28/2023  3:29 PM
- **Date/Time Required:** 04/28/2023  5:00 PM
- **Date/Time Completed:** 04/28/2023  3:33 PM
- **Attach File:** No
- **Send Proof:** No
- **Notes:** Print 6 copies in color double-sided and tape bind.

- **Originals:** 208
- **Copies/Sets:** 6
- **Delivery Method:** Deliver When Ready
- **Delivery Label:** [barcode]

### Details

| Item | Quantity | Notes | Print Instructions | Item Price | Item Total |
|---|---|---|---|---|---|
| Paper Size - 8.5 x 11 | 1248 | Notes: | | $ 0.0000 | $ 0.0000 |
| Paper Stock - 20# White | 1248 | Notes: | | $ 0.0000 | $ 0.0000 |
| Paper Sides - Double Sided | 1248 | Notes: | | $ 0.0000 | $ 0.0000 |
| Binding - Cheshire (Tape) Bind | 6 | Notes: | | $ 0.0000 | $ 0.0000 |
| Covers - White Back | 6 | Notes: | | $ 0.0000 | $ 0.0000 |
| Covers - White Front | 6 | Notes: | | $ 0.0000 | $ 0.0000 |
| Copies - Color | 1,248 | | | $ 0.0000 | $ 0.0000 |
| | | | **Total Job Cost Based On Entered Items** | | **$ 0.00** |

# McGUIREWOODS

## Copy Charge Corrections

To: Timekeeping
From: Reprographics/Martina Liu
Date: 4.28.23
Date of Charge: 4.28.23

Please correct the reproduction charges as follows:

☐ 1. Credit client/matter number _____ for _____ copies and charge them to client/matter number _____.

☐ 2. Credit client/matter number _____ for _____ copies and charge them to firm administration number _____.

☐ 3. Credit firm administration number _____ for 1248 copies and charge them to client/matter number 2050711-2611.

$$1248 \times .75 = \$936.00$$

MW Form 127 McGuireWoods LLP
07/2000